**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANGIOSCORE, INC.,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**TRIREME MEDICAL, INC.** *et al.*,<br><br>    **Defendant(s).** | Case No.: 12-CV-3393 YGR<br><br>**ORDER CONTINUING HEARING ON MOTION** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Hearing on the Motion to Strike, or Dismiss Certain Affirmative Defenses and Counterclaims, filed by Angioscore, Inc. is **CONTINUED** to **Tuesday, December 4, 2012** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED.**

Dated: October 24, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**