**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANGIOSCORE, INC.,**<br><br>     Plaintiff,<br><br>vs.<br><br>**TRIREME MEDICAL, INC.** *et al.*,<br><br>     Defendant(s). | Case No.: 12-CV-03393 YGR<br><br>**ORDER (1) DENYING MOTION TO STRIKE, OR DISMISS CERTAIN AFFIRMATIVE DEFENSES AND COUNTERCLAIMS; AND (2) DENYING MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11** |

Plaintiff AngioScore, Inc. ("AngioScore") brings this patent infringement lawsuit against Defendants TriReme Medical, Inc. ("TriReme"), Eitan Konstantino ("Konstantino ") and Quattro Vascular PTE Ltd.  TriReme and Konstantino Answered and Counterclaimed for Declarations of noninfringement and invalidity, and sued for unfair business practices and other business torts.

AngioScore has filed a Motion to Strike Certain Affirmative Defenses and to Dismiss Certain Counterclaims on the grounds that they fail to provide fair notice of the asserted claims or defenses.  TriReme and Konstantino have filed a Motion for Rule 11 Sanctions on the grounds that AngioScore failed to conduct a reasonable inquiry into the facts prior to filing this lawsuit.

Having carefully considered the papers submitted and the pleadings in this action, for the reasons set forth at the hearing on the motions and for the reasons set forth below, the Court hereby **DENIES** both Motions.

With respect to the Motion for Sanctions, it is premature at this stage in the litigation to consider whether the factual contentions in the Amended Complaint have evidentiary support.  The parties have not conducted meaningful discovery, the Court has not construed the claims in the

patent-in-suit, and the merits of the case have not been decided. Therefore, the Court **DENIES** the Motion for Sanctions.

As to the Motion to Strike, or Dismiss Certain Affirmative Defenses and Counterclaims, AngioScore requests more specificity and particularity than is required by Rule 8. Therefore, the Court **DENIES** the Motion to Strike or Dismiss.

This Order Terminates Docket Numbers 23 & 26.

**IT IS SO ORDERED**.

Date: December 5, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**