UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>TRIREME MEDICAL, INC., EITAN KONSTANTINO, and QUATTRO VASCULAR PTE LTD.,<br><br>            Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 4:12-CV-3393 YGR<br><br>**CASE MANAGEMENT ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE** |

On April 22, 2013, the Court held the Initial Case Management Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure and Civil L.R. 16-10.  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, the Court sets the following dates:

| Event | Date |
|---|---|
| Disclosure of Asserted Claims, Infringement Contentions, and Accompanying Document Production<br>(Patent Local Rules 3-1 & 3-2) | May 6, 2013 |
| Amendment of Pleadings | May 31, 2013 |

| Event | Date |
|---|---|
| Invalidity Contentions and Accompanying Document Production<br>(Patent Local Rules 3-3 & 3-4) | June 20, 2013 |
| Exchange of Proposed Terms for Construction<br>(Patent Local Rule 4-1) | July 5, 2013 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence<br>(Patent Local Rule 4-2) | July 26, 2013 |
| Joint Claim Construction and Prehearing Statement<br>(Patent Local Rule 4-3) | August 19, 2013 |
| Completion of Claim Construction Discovery<br>(Patent Local Rule 4-4) | September 18, 2013 |
| Opening Claim Construction Brief<br>(Patent Local Rule 4-5(a)) | October 8, 2013 |
| Responsive Claim Construction Brief<br>(Patent Local Rule 4-5(b)) | October 22, 2013 |
| Reply Claim Construction Brief<br>(Patent Local Rule 4-5(c)) | October 29, 2013 |
| Tutorial | November 8, 2013, 10 a.m. |
| Claim Construction Hearing<br>(Patent Local Rule 4-6) | November 15, 2013, 10 a.m. |
| Fact Discovery Cut-Off Date | 120 days after issuance of the Court's claim construction Order |
| Deadline For Service of Expert Reports On Which Party Bears The Burden Of Proof | 150 days after issuance of the Court's claim construction Order |
| Deadline For Service Of Rebuttal Expert Reports | 180 days after issuance of the Court's claim construction Order |
| Expert Discovery Cut-Off Date | 210 days after issuance of the Court's claim construction Order |
| Cut-Off Date to File Dispositive Motions | 240 days after issuance of the Court's claim construction Order |
| Pre-Trial Conference | 300 days after issuance of the Court's claim construction Order |

| Event | Date |
|---|---|
| Trial | 330 days after issuance of the Court's claim construction Order |

**IT IS SO ORDERED.**

Dated: April 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**