UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIOSCORE, INC.,** | Case No.: **12-CV-03393 YGR** |
| **Plaintiff,** | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| **vs.** | |
| **TRIREME MEDICAL, INC.** *et al.*, | |
| **Defendant(s).** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for Wednesday, June 5, 2013 is **VACATED**.

**IT IS SO ORDERED.**

Date: May 31, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**