**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ANGIOSCORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRIREME MEDICAL, INC., EITAN KONSTANTINO, and QUATTRO VASCULAR PTE LTD., <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIMS. | Case No. 4:12-cv-3393-YGR <br><br> **[PROPOSED]** *MODIFIED* **ORDER RE PLAINTIFF ANGIOSCORE, INC.'S MOTION TO COMPEL PRODUCTION OF UNREDACTED DOCUMENTS** <br><br> The Hon. Yvonne Gonzalez Rogers |

SMRH:409727897.1

-1-

Pursuant to the parties' jointly submitted letter brief regarding the issues in dispute concerning Defendant TriReme Medical, Inc.'s ("TriReme") redacted production of documents in response to Plaintiff AngioScore, Inc.'s ("AngioScore") Request for Production of Documents No. 39, and for the reasons set forth at the telephonic hearing on the motion, the Court hereby **GRANTS** Plaintiff AngioScore's Motion to Compel Production of Unredacted Documents (Dkt. No. 73), subject to the restrictions below.

**IT IS THEREFORE ORDERED**:

(1) That Defendant TriReme shall produce to AngioScore's outside counsel unredacted copies of all redacted documents previously produced in response to Request for Production of Documents No. 39 on or before Friday, August 2, 2013;

(2) That all such unredacted documents produced by TriReme shall be treated as "Confidential-Attorneys' Eyes Only" by outside counsel for AngioScore and shall not be disclosed to AngioScore;

(3) That counsel for AngioScore, shall not directly contact, or arrange for any contact, of any of Defendant TriReme's customers[1] disclosed in discovery, except as authorized by the Court; and

---

[1] "Customers" as herein defined shall mean any individual or entity that has used or purchased a Chocolate PTA Balloon Catheter in the United States directly from Defendant TriReme between January 1, 2010 to the present.

1  (4) If counsel for AngioScore believes it has good cause to contact, or
2 arrange for any contact, of any customer identified by TriReme in discovery, the
3 parties shall meet and confer to come to an agreement relating to the protocol
4 governing customer contact.  Should the parties be unable to agree on an appropriate
5 protocol, AngioScore may file a request for discovery relief pursuant to Sec. 8(b) of
6 this Court's Standing Order in Civil Cases, dated Nov. 15, 2012.

8  While the Court declines to issue an order with respect to matters not
9 currently before it, the parties should consider this order in SOMETHING future
10 issues.  The parties are advised that requiring further Court intervention as a result
11 of unreasonable discovery positions may result in sanctions.

13  This Order Terminates Docket Number 73.

15  **IT IS SO ORDERED.**

18 Date: July 25, 2013

The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

SMRH:409727897.1                               -3-