UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIOSCORE, INC.,** | Case No.: 12-CV-3393 YGR |
| Plaintiff, | ORDER REQUIRING FILING OF COMPLIANT LETTER BRIEF AND ORDERING PARTIES TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH COURT'S STANDING ORDER |
| vs. | |
| **TRIREME MEDICAL, INC.,** *et al.*, | |
| Defendant(s). | |

Pursuant to the undersigned judge's Standing Order in Civil Cases, requests for discovery relief must be summarized by the parties in a joint letter brief no longer than four pages. *See* Standing Order in Civil Cases ¶ 8(b).[1] "In the joint letter brief, counsel must attest that, prior to filing the request for relief, counsel met and conferred in person . . . ." *Id.* The Standing Order expressly states: "The parties may not file multiple joint letter briefs." *Id.*

On August 22, 2013, the parties filed three separate letter briefs regarding various discovery disputes. Dkt. Nos. 79, 80, 81. Two of the letter briefs are five and six pages long, respectively. Those letter briefs attest that counsel met and conferred in person on May 23, 2013, prior to their

---

[1] All other requests for discovery relief must be summarized jointly by the parties in one *joint* letter brief no longer than four pages. In the joint letter brief, counsel must attest that, prior to filing the request for relief, counsel met and conferred *in person*, and then concisely summarize all remaining issues that counsel were unable to resolve. The parties may not file multiple joint letter briefs. The joint letter brief may cite to limited and specific legal authority only for resolution of dispositive issues. The joint letter brief may not be accompanied by declarations; however any specific excerpt of disputed discovery material may be attached. The Court will then advise the parties if additional briefing, a telephonic conference, or a personal appearance will be necessary.

previous request for Court intervention, but do not reflect that they have met and conferred in person since then.

The Court hereby **ORDERS** the parties to file a joint letter brief that complies with the Court's Standing Order in Civil Cases no later than **Wednesday, August 28, 2013.** No exhibits shall be attached to the joint letter brief.

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with the Court's Standing Order regarding discovery disputes. A hearing on this Order to Show Cause will be held at **9:30 a.m. on Tuesday, August 27, 2013**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. Counsel shall appear in person.

**IT IS SO ORDERED.**

Dated: August 26, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**