United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ANGIOSCORE, INC.,

      **Plaintiff,**

      **vs.**

TRIREME MEDICAL, INC., *et al.*,

      **Defendant(s).**

Case No.: 12-CV-3393 YGR

**ORDER VACATING COMPLIANCE HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

     The Court is in receipt of the parties Joint Letter, Docket 84, and is satisfied with the parties' compliance.  Accordingly, the Court **VACATES** the hearing set for September 3, 2013, at 9:30 a.m. The parties are hereby warned to comply with the Court's Standing Orders.  Failure to do so may result in sanctions.   The matter is deemed submitted.

     **IT IS SO ORDERED.**

Dated: August 28, 2013

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**