UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>　　Plaintiff,<br><br>vs.<br><br>TRIREME MEDICAL, INC., *et al.*,<br><br>　　Defendant(s). | Case No.: 12-CV-3393 YGR<br><br>ORDER RE: JOINT DISCOVERY LETTER BRIEF |

　　Having duly considered the parties' Joint Discovery Letter Brief (Dkt. No. 84), the Court **DENIES** Plaintiff's request to strike Defendant's objections to Interrogatory Nos. 4 and 5 to Trireme and Interrogatory No. 1 to Konstantino. Defendants shall supplement their current responses consistent with their obligations under Federal Rule of Civil Procedure 26(e).

　　The Court further **ORDERS** that fact discovery on Trireme's Fifth, Sixth, and Eighth Counterclaims, as well as Konstantino's counterclaim for defamation, shall close on **December 31, 2013**. Trireme and Konstantino shall supplement their responses with respect to those counterclaims no later than **January 6, 2014**.

　　This Order terminates docket numbers 79, 80, and 84.

　　**IT IS SO ORDERED.**

Dated: September 24, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE