# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIOSCORE, INC.,**<br>         **Plaintiff,**<br>vs.<br>**TRIREME MEDICAL, INC.,** *et al.*,<br>         **Defendants.** | Case No.: 12-CV-3393 YGR<br><br>**ORDER RE: JOINT DISCOVERY LETTER BRIEF (DKT. NO. 88); SETTING COMPLIANCE HEARING** |

Having duly considered the parties' Joint Discovery Letter Brief (Dkt. No. 88), the Court **GRANTS** Plaintiff's request for complete production of documents responsive to its Requests for Production Nos. 18 through 24, inclusive. Further, the Court **STRIKES** Defendant's proffered limitation on production to only those documents relating to the "constraining structure" of the Chocolate PTA Balloon Catheter. Dkt. No. 88-1 at 15:26, 16:13, 18:21. Defendants shall not limit their production to only those documents relating to the constraining structure. If Quattro Vascular is a wholly owned subsidiary of TriReme, TriReme shall produce all responsive documents in its subsidiary's possession. To the extent a privilege exists, a privilege log must be produced. Defendants shall complete production no later than October 31, 2013.

The Court further **SETS** a compliance hearing for **9:00 a.m. on November 8, 2013**, immediately prior to the tutorial in this matter. No later than **November 1, 2013**, Defendants shall file either (1) a Notice of Compliance with this Order or (2) a one-page joint statement explaining why compliance is not complete. In the event of noncompliance, Defendants shall cause to appear

*in person* at the compliance hearing the person most knowledgeable of the subject documents. The Court may then, in its discretion, conduct an evidentiary hearing on November 1, and, if appropriate, assess sanctions.

If, however, Defendant timely completes the required production, the Court will vacate the compliance hearing and no appearances beyond those needed for the tutorial shall be required.

This Order terminates docket number 88.

**IT IS SO ORDERED.**

Dated: October 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**