1  James W. Geriak (State Bar No. 32,871)
   *jgeriak@sheppardmullin.com*
2  Andre De La Cruz (State Bar No. 245,175)
   *adelacruz@sheppardmullin.com*
3  SHEPPARD MULLIN RICHTER & HAMPTON, LLP
   650 Town Center Drive
4  Fourth Floor
   Costa Mesa, CA  92626
5  Telephone:  (714) 424-8232
   Facsimile:  (714) 428-5974
6
   Allan W. Jansen (State Bar No. 81,992)
7  *jansena@dicksteinshapiro.com*
   Charles A. Kertell (State Bar No. 181,214)
8  *kertellc@dicksteinshapiro.com*
   Ehab M. Samuel (State Bar No. 228,296)
9  *samuele@dicksteinshapiro.com*
   DICKSTEIN SHAPIRO LLP
10 2 Park Plaza, Suite 900
   Irvine, CA  92614-3519
11 Telephone:  (949) 623-7880
   Facsimile:  (949) 623-7881
12
   Attorneys for Plaintiff
13 ANGIOSCORE, INC.

14                     **UNITED STATES DISTRICT COURT**
15
                       **NORTHERN DISTRICT OF CALIFORNIA**
16
                                **OAKLAND DIVISION**
17

| | |
|---|---|
| ANGIOSCORE, INC., | Case No. 4:12-cv-3393-YGR |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF ALLAN W. JANSEN AS COUNSEL OF RECORD FOR PLAINTIFF ANGIOSCORE, INC. AND ORDER PERMITTING WITHDRAWAL** |
| TRIREME MEDICAL, INC., EITAN KONSTANTINO, and QUATTRO VASCULAR PTE LTD., | |
| Defendants. | Hon. Yvonne Gonzalez Rogers |
| AND RELATED COUNTERCLAIMS. | |

**TO THE CLERK OF THE COURT, EACH PARTY IN INTEREST AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil L.R. 11.5, notice is hereby given that Allan W. Jansen is withdrawing as counsel of record for Plaintiff AngioScore, Inc. Plaintiff AngioScore, Inc. has retained Sheppard, Mullin, Richter & Hampton LLP to represent it in this matter.

Dated: February 5, 2014          Respectfully submitted,

DICKSTEIN SHAPIRO LLP

By: */s/ Allan W. Jansen*
    Allan W. Jansen
    Attorney for Plaintiff
    ANGIOSCORE, INC.

IT IS SO ORDERED:

Dated: _____February 7_____, 2014    _____
                                      Hon. Yvonne Gonzalez Rogers
                                      United States District Court Judge

1