James W. Geriak (State Bar No. 32,871)
*jgeriak@sheppardmullin.com*
Andre De La Cruz (State Bar No. 245,175)
*adelacruz@sheppardmullin.com*
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
650 Town Center Drive
Fourth Floor
Costa Mesa, CA  92626
Telephone:  (714) 424-8232
Facsimile:  (714) 428-5974

Allan W. Jansen (State Bar No. 81,992)
*jansena@dicksteinshapiro.com*
Charles A. Kertell (State Bar No. 181,214)
*kertellc@dicksteinshapiro.com*
Ehab M. Samuel (State Bar No. 228,296)
*samuele@dicksteinshapiro.com*
DICKSTEIN SHAPIRO LLP
2 Park Plaza, Suite 900
Irvine, CA  92614-3519
Telephone:  (949) 623-7880
Facsimile:  (949) 623-7881

Attorneys for Plaintiff
ANGIOSCORE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRIREME MEDICAL, INC., EITAN KONSTANTINO, and QUATTRO VASCULAR PTE LTD.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:12-cv-3393-YGR<br><br>**NOTICE OF WITHDRAWAL OF EHAB M. SAMUEL AS COUNSEL OF RECORD FOR PLAINTIFF ANGIOSCORE, INC. AND ORDER PERMITTING WITHDRAWAL**<br><br>Hon. Yvonne Gonzalez Rogers |

**TO THE CLERK OF THE COURT, EACH PARTY IN INTEREST AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil L.R. 11.5, notice is hereby given that Ehab M. Samuel is withdrawing as counsel of record for Plaintiff AngioScore, Inc. Plaintiff AngioScore, Inc. has retained Sheppard, Mullin, Richter & Hampton LLP to represent it in this matter.

Dated: February 5, 2014        Respectfully submitted,

DICKSTEIN SHAPIRO LLP

By: */s/ Ehab M. Samuel*
Ehab M. Samuel
Attorney for Plaintiff
ANGIOSCORE, INC.

IT IS SO ORDERED:

Dated: February 7, 2014
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

1