James W. Geriak (State Bar No. 32,871)
jgeriak@sheppardmullin.com
Andre De La Cruz (State Bar No. 245,175)
adelacruz@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
650 Town Center Drive
Fourth Floor
Costa Mesa, CA  92626
Telephone:  (714) 424-8232
Facsimile:   (714) 428-5974

Charles A. Kertell (State Bar No. 181,214)
kertellc@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2 Park Plaza, Suite 900
Irvine, CA  92614-3519
Telephone:  (949) 623-7880
Facsimile:  (949) 623-7881

Attorneys for Plaintiff
ANGIOSCORE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>TRIREME MEDICAL, INC., EITAN KONSTANTINO, and QUATTRO VASCULAR PTE LTD.,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:12-cv-3393-YGR<br><br>**NOTICE OF WITHDRAWAL OF CHARLES A. KERTELL AS COUNSEL OF RECORD FOR PLAINTIFF ANGIOSCORE, INC. AND ORDER PERMITTING WITHDRAWAL**<br><br>Hon. Yvonne Gonzalez Rogers |

**TO THE CLERK OF THE COURT, EACH PARTY IN INTEREST, AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil L.R. 11.5, notice is hereby given that Charles A. Kertell is withdrawing as counsel of record for plaintiff AngioScore, Inc. Sheppard, Mullin, Richter & Hampton LLP continues to represent AngioScore, Inc. in this matter.

Dated: February 10, 2014           Respectfully submitted,

                                   DICKSTEIN SHAPIRO LLP


                                   By:   /s/ Charles A. Kertell
                                         Charles A. Kertell
                                         Attorney for Plaintiff
                                         ANGIOSCORE, INC.

**IT IS SO ORDERED:**

Dated: _____February 11_____, 2014   _____
                                     Hon. Yvonne Gonzalez Rogers
                                     United States District Court Judge

1