United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIOSCORE, INC.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**TRIREME MEDICAL, INC.,** *et al.*,<br><br>　　　　Defendants. | Case No.: 12-CV-3393 YGR<br><br>**ORDER DEEMING MOTION WITHDRAWN** |

On February 26, 2014, plaintiff AngioScore, Inc. filed a motion for an order declaring that substitute service purportedly made upon defendants Quattro Vascular PTE Ltd. ("Quattro") and QT Vascular Ltd. ("QTV") was effective and that this Court has personal jurisdiction over those defendants. (Dkt. No. 176 and exhibits.) After briefing completed, the Court ordered further briefing on various questions raised by the parties but not addressed by them to the Court's satisfaction. (Dkt. No. 190.) Thereafter, on April 9, 2014, defendants, including Quattro and QTV, filed a notice of non-opposition to the motion, asserting that counsel for defendants TriReme Medical LLC (fka TriReme Medical, Inc.) and Eitan Konstantino had been authorized to accept service on behalf of Quattro and QTV. (Dkt. No. 191.) On April 11, 2014, plaintiff filed a notice of withdrawal of the motion. (Dkt. No. 192 ("Notice of Withdrawal").)

Accordingly, the Court deems plaintiff's motion **WITHDRAWN**. The order requiring supplemental briefing is **VACATED**.

Case 4:12-cv-03393-YGR   Document 193   Filed 04/15/14   Page 2 of 2

To the extent that plaintiff's Notice of Withdrawal seeks various explanations, confirmations, and responses from defendants (*see* Notice of Withdrawal at 1-2), the Court does not interpret plaintiff's notice to seek judicial intervention, as it is a notice, not a motion.  *See* Fed. R. Civ. P. 7(b)(1).  Therefore, the Court does not address those matters here.  The Court's silence, however, should not be deemed an invitation to further motion practice.

**IT IS SO ORDERED.**

Dated: April 15, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2