**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANGIOSCORE, INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**TRIREME MEDICAL, INC.,** *et al.***,**<br><br>    **Defendants.** | Case No.: 12-CV-3393 YGR<br><br>**ORDER RE: STIPULATION TO CONTINUE DEADLINES** |

Now before the Court is the parties' stipulation and proposed order of April 17, 2014, which seeks relief from the pretrial schedule's April 22 deadline for filing dispositive or Daubert motions in light of the pendency of defendants' motion for summary judgment of non-infringement. (Dkt. No. 194.) The Court **VACATES** the April 22 deadline but declines to adopt the other changes to the pretrial schedule proposed by the parties.

Following issuance of the Order resolving defendants' pending motion, the Court will, if necessary, set a case management conference. The Court may at that time make further changes to the pretrial and trial schedule in this case.

This Order terminates Dkt. No. 194.

**IT IS SO ORDERED.**

Dated: April 23, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**