**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANGIOSCORE, INC.,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**TRIREME MEDICAL, INC.,** *et al.***,**<br><br>　　　　**Defendants.** | Case No.: 12-CV-3393 YGR<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE** |

The Court has read and considered the parties' Joint Statement Regarding Additional Discovery. (Dkt. No. 231.) Given the Court's calendar, the Court hereby sets a case management conference on **Friday, July 11, 2014 at 9:00 a.m.,** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. The personal appearances of counsel are required. The Court intends to resolve at the case management conference the outstanding issues identified in the Joint Statement, to the extent not resolved by the parties themselves.

To prepare adequately for the conference, the parties shall forthwith provide the Court with copies of any contested written discovery and an outline of the objections thereto. Parties shall not repeat objections where the same objection relates to multiple discovery requests. The parties are advised to be efficient in their arguments. A response will be allowed orally at the conference. A proposed form of order listing each issue shall also be provided.

The Court encourages the parties to agree mutually on a schedule for depositions prior to Friday. To the extent that the parties cannot agree, the parties are hereby notified that the Court will

issue an order mandating a schedule.  Failure to comply will result in the appropriate sanction, including monetary and/or evidentiary in nature.

Given the limited scope of defendants' Motion to Dismiss AngioScore, Inc.'s Third Amended Complaint (Dkt. No. 230) and its potential impact on discovery, the Court hereby advances briefing. An opposition thereto shall be filed by July 15, 2014, and shall not exceed 15 pages in length.  To the extent that any additional facts exist to support plaintiff's claims as discussed therein, they shall be proffered as part of the opposition.  Failure to include such a proffer will be deemed as an admission that no additional facts exist at this time.  Defendants' reply shall be filed by July 22, 2014 and shall not exceed 10 pages in length.  To the extent the Court deems it necessary, oral argument shall occur on July 29, 2014 at 2:00 p.m.

With respect to the case schedule, the Court will make necessary adjustments on Friday.

Finally, the parties are **ORDERED TO SHOW CAUSE** why Case No. 14-2946-LB, *TriReme Medical, LLC v. AngioScore, Inc.*, should not be related to the instant case pursuant to Civil Local Rule 3-12.  Each side shall file electronically a separate written response to this Order to Show Cause, not to exceed two pages exclusive of caption and signatures, by 5:00 p.m. on Thursday, July 10, 2014. The Order to Show Cause hearing shall be held concurrently with the July 11 case management conference.

**IT IS SO ORDERED.**

Dated: July 8, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**