John S. Claassen, Esq. (212954)
CLAASSEN, Professional Corporation
1970 Broadway, Suite 525
Oakland, CA 94612
Tel.: (510) 251-8010
Fax: (510) 868-3398

Attorney for Defendants
TRIREME MEDICAL, LLC,
QUATTRO VASCULAR PTE LTD,
QT VASCULAR LTD, and
EITAN KONSTANTINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>TRIREME MEDICAL, LLC, *et al.*,<br><br>  Defendants. | CASE NO.: 12-CV-3393-YGR<br><br>NOTICE OF WITHDRAWAL OF JOHN S. CLAASSEN AS COUNSEL OF RECORD FOR DEFENDANTS & PROPOSED ORDER PERMITTING WITHDRAWAL OF COUNSEL |

Pursuant to Civil Local Rule 11-5, please take notice that John S. Claassen hereby withdraws as counsel of record of TRIREME MEDICAL, LLC, QUATTRO VASCULAR PTE LTD, QT VASCULAR LTD, and EITAN KONSTANTINO.  Knobbe Martens Olson & Bear, LLP, Wilson Sonsini Goodrich and Rosati, and Agility IP Law, LLP continue to represent said Defendants.

Respectfully submitted,

Dated:  July 9, 2014

CLAASSEN, Professional Corporation

/s/ John S. Claassen, Esq.

By:_____
    John S. Claassen, Esq.
Attorney for Defendants
TRIREME MEDICAL, LLC,
QUATTRO VASCULAR PTE LTD,
QT VASCULAR LTD, and
EITAN KONSTANTINO

IT IS SO ORDERED.

Dated:  July 10, 2014

Hon. Yvonne Gonzalez Rogers
United States District Judge