IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC. | ) Civil Action No. 4:12-cv-3393-YGR |
| Plaintiff, | ) |
| | ) **[PROPOSED]** ORDER SEALING |
| v. | ) **DOCUMENTS AND CERTAIN** |
| | ) **EXHIBITS CITED IN THE** |
| TRIREME MEDICAL, LLC (f/k/a TRIREME | ) **AMENDED DECLARATION OF** |
| MEDICAL, INC.), EITAN KONSTANTINO, | ) **SHEILA N. SWAROOP IN** |
| QUATTRO VASCULAR PTE LTD., and QT | ) **RESPONSE TO THE COURT'S** |
| VASCULAR LTD. (f/k/a QT VASCULAR PTE. | ) **JUNE 25, 2014 ORDERS (DKT.** |
| LTD.), | ) **NOS. 218 & 219)** |
| Defendants. | ) |
| TRIREME MEDICAL, LLC (f/k/a TRIREME | ) |
| MEDICAL, INC.), EITAN KONSTANTINO, | ) |
| QUATTRO VASCULAR PTE. LTD., and QT | ) |
| VASCULAR LTD. (f/k/a QT VASCULAR PTE. | ) |
| LTD.), | ) |
| Counterclaimants, | ) |
| v. | ) |
| ANGIOSCORE, INC. | ) |
| Counterdefendant. | ) |

**[PROPOSED]** ORDER SEALING DOCUMENTS AND CERTAIN EXHIBITS CITED
IN THE AMENDED DECLARATION OF SHEILA N. SWAROOP 12-cv- 3393-YGR

The Court, having read and considered the Declaration of Sheila N. Swaroop in Response to the Court's June 25, 2014 Orders (Dkt. Nos. 218 & 219), finds that good cause exists pursuant to Civil Local Rule 79-5 for granting certain exhibits sought to be sealed by the Administrative Motions referenced therein.  The Court hereby orders that the Administrative Motions are **GRANTED** with respect to the following Exhibits marked "Grant" and the portions of the filings citing thereto; **GRANTED IN PART AND DENIED IN PART** with respect to the following Exhibits marked "In part" as set forth in the accompanying footnotes; and **DENIED** with respect to the following Exhibits marked "Deny" and the portions of the filings citing thereto.  Exhibits marked "Denied as Moot" were filed in connection with substantive motions that have since been withdrawn; those exhibits need not be filed in the public record as they played no part in any judicial decision making.

| DEFENDANTS' REQUEST TO SEAL | GRANT | DENY | DENIED AS MOOT |
|---|---|---|---|
| [Dkt. No. 138] Exhibit 2 | X | | |
| [Dkt. No. 138] Exhibit 3 | X | | |
| [Dkt. No. 138] Exhibit 4 | X | | |
| [Dkt. No. 138] Exhibit 5 | X | | |
| [Dkt. No. 138] Exhibit 6 | X | | |
| [Dkt. No. 138] Exhibit 7 | X | | |
| [Dkt. No. 138] Exhibit 8 | X | | |
| [Dkt. No. 138] Exhibit 9 | X | | |
| [Dkt. No. 138] Exhibit 11 | | X | |
| [Dkt. No. 138] Exhibit 12 | X | | |
| [Dkt. No. 138] Exhibit 16 | X | | |
| [Dkt. No. 138] Exhibit 21 | X | | |
| [Dkt. No. 155] | | X[1] | |
| [Dkt. No. 184] Exhibit B | | | X |
| [Dkt. No. 184] Exhibit C | | | X |
| [Dkt. No. 184] Exhibit D | | | X |
| [Dkt. No. 184] Exhibit E | | | X |
| [Dkt. No. 184] Exhibit F | | | X |
| [Dkt. No. 184] Exhibit G | | | X |
| [Dkt. No. 186] Exhibit 1 | | | X |
| [Dkt. No. 186] Exhibit 2 | | | X |

---

[1] Defendants withdrew their request to seal this exhibit.

**[PROPOSED] ORDER SEALING DOCUMENTS AND CERTAIN EXHIBITS CITED IN THE AMENDED DECLARATION OF SHEILA N. SWAROOP 12-cv- 3393-YGR**

| DEFENDANTS' REQUEST TO SEAL | GRANT | DENY | DENIED AS MOOT |
|---|---|---|---|
| [Dkt. No. 186] Exhibit 3 | | | X |
| [Dkt. No. 199] Exhibit 7 | X | | |
| [Dkt. No. 199] Exhibit 8 | X | | |
| [Dkt. No. 199] Exhibit 9 | X | | |
| [Dkt. No. 199] Exhibit 10 | X | | |
| [Dkt. No. 199] Exhibit 11 | X | | |
| [Dkt. No. 199] Exhibit 12 | X | | |
| [Dkt. No. 199] Exhibit 15 | X | | |
| [Dkt. No. 199] Exhibit 16 | X | | |
| [Dkt. No. 199] Exhibit 17 | X | | |
| [Dkt. No. 199] Exhibit 18 | | X[2] | |
| [Dkt. No. 199] Exhibit 19 | X | | |
| [Dkt. No. 199] Exhibit 20 | X | | |
| [Dkt. No. 199] Exhibit 21 | X | | |
| [Dkt. No. 199] Exhibit 22 | X | | |
| [Dkt. No. 199] Exhibit 23 | X | | |
| [Dkt. No. 199] Exhibit 26 | In part[3] | | |
| [Dkt. No. 209] Exhibit B | | X | |
| [Dkt. No. 209] Exhibit C | | X | |
| [Dkt. No. 209] Exhibit E | | X | |
| [Dkt. No. 209] Exhibit J | X | | |
| [Dkt. No. 209] Exhibit M | In part[4] | | |
| [Dkt. No. 213] Exhibit E | | X | |
| [Dkt. No. 213] Exhibit F | X | | |
| [Dkt. No. 213] Exhibit G | X | | |
| [Dkt. No. 213] Exhibit H | In part[5] | | |
| [Dkt. No. 213] Exhibit I | X | | |
| [Dkt. No. 213] Exhibit J | X | | |
| [Dkt. No. 213] Exhibit K | X | | |
| [Dkt. No. 213] Exhibit L | X | | |

---

[2] Defendants expressly withdrew their request to seal this exhibit.

[3] Bates-stamped pages TR0023923 and TR0023926 of docket number 199, Exhibit 26, are not sealable, and therefore the request to seal that Exhibit is **DENIED** insofar as it seeks to seal those pages. The request is otherwise **GRANTED**.

[4] In docket number 209, Exhibit M, the first five paragraphs on bates-stamped page TR0000020 are not sealable, nor are the first and third full paragraphs on bates-stamped page TR0000021. The request to seal is therefore **DENIED** as to those paragraphs, but otherwise **GRANTED**.

[5] Docket number 213, Exhibit H, is hereby sealed on bates-stamped page TR0032526 from the Subject line on the top of the page to and through the signature line of the email sent at 6:23 PM. The remainder of the Exhibit is not sealed.

**[PROPOSED] ORDER SEALING DOCUMENTS AND CERTAIN EXHIBITS CITED IN THE AMENDED DECLARATION OF SHEILA N. SWAROOP 12-cv- 3393-YGR**

| DEFENDANTS' REQUEST TO SEAL | GRANT | DENY | DENIED AS MOOT |
|---|---|---|---|
| [Dkt. No. 213] Exhibit M | X | | |
| [Dkt. No. 213] Exhibit N | X | | |

The clerk shall maintain under Seal the unredacted versions of the Exhibits for which the motions to seal are hereby granted, and the portions of the filings citing thereto. The documents herein ordered sealed are so ordered only for purposes of consideration of the motions with which they were submitted. Should any party wish to seal portions of the documents in connection with any later motion or trial, they will need to make a sufficient showing at that time.

**IT IS SO ORDERED.**

Dated: July 11, 2014

Hon. Yvonne Gonzalez Rogers
United States District Court Judge

18390862

**[PROPOSED] ORDER SEALING DOCUMENTS AND CERTAIN EXHIBITS CITED IN THE AMENDED DECLARATION OF SHEILA N. SWAROOP 12-cv- 3393-YGR**