UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ANGIOSCORE, INC., | ) | CASE NO.: 4:12-cv-3393-YGR |
| Plaintiff, | ) ) | **[PROPOSED] ORDER REGARDING DISCOVERY AND AMENDING PRETRIAL AND TRIAL SCHEDULE** |
| v. | ) ) ) | |
| TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD. and QT VASCULAR LTD. (f/k/a QT VASCULAR PTD. LTD.), | ) ) ) ) ) | Hon. Yvonne Gonzalez Rogers |
| Defendants. | ) ) ) | |

Pursuant to the Court's July 8 Order, a Case Management Conference was held on July 11, 2014 before the Honorable Yvonne Gonzalez Rogers. The Court, having considered the oral and written arguments of the parties, HEREBY ORDERS AS FOLLOWS:

Plaintiff AngioScore, Inc.'s discovery served on June 30, 2104, as set forth herein is deemed withdrawn: (1) Second Set of Requests for Admissions to Defendants (Nos. 52-116); (2) Ninth Set of Requests for the Production of Documents and Things by TriReme Medical, LLC and Eitan Konstantino (Nos. 183-195); (3) Second Set of Requests for the Production of Documents and Things by QT Vascular Ltd. (Nos. 127-139); (4) Second Set of Requests for the Production of Documents and Things by Quattro Vascular Pte Ltd. (Nos. 127-139); (5) Fourth Set of Interrogatories to TriReme Medical, LLC (Nos. 21-25); (6) Third Set of Interrogatories to Eitan Konstantino (Nos. 17-24); (7) Second Set of Interrogatories to QT Vascular Ltd. (Nos. 21-25); and (8) Second Set of Interrogatories to Quattro Vascular Pte Ltd. (Nos. 21-25).

Defendant Eitan Konstantino's discovery served on July 1, 2014, as set forth herein is deemed withdrawn: (1) First Set of Document Requests to Plaintiff AngioScore, Inc.; and (2) Third Set of Interrogatories to Plaintiff AngioScore, Inc..

The parties may serve replacement sets of written discovery requests, and provide responses thereto, pursuant to the amended schedule set forth below.

Defendants are permitted to obtain deposition testimony from Plaintiff's designees Tom Trotter, Gary Gershony, Lu Lee and Jim Andrews pursuant to Defendants' previously served 30(b)(6) topics pertaining to Plaintiff's patent law claims. Nothing in this order is intended to preclude or limit the parties from obtaining deposition testimony related to Plaintiff's state law claims.

Plaintiff is permitted to serve deposition notices and obtain deposition testimony from Defendants Quattro Vascular Pte Ltd. and QT Vascular Ltd. pertaining to all claims and counterclaims.

The Court further finds that good cause has been shown to amend the pretrial and trial schedule. Fed. R. Civ. P. 16. Accordingly, the Court hereby amends the prior Case

Management Order (Dkt. No. 219) and orders the parties to comply with the following new case schedule:

| | |
|---|---|
| Parties to Serve Replacement Sets of Requests for Production, Interrogatories, and Requests for Admission Related to Plaintiff's State Law Claims | July 18, 2014 |
| Parties to Supplement Initial Disclosures on Patent Claims and Supplement Prior Written Discovery Responses | July 25, 2014 |
| Parties to Serve Initial Disclosures on Plaintiff's Newly Added State Law Claims | July 25, 2014 |
| Defendants to Respond to Fourth Amended Complaint | July 31, 2014 |
| Parties to Serve Responses and Objections to Requests for Production Served on July 18, 2014 | August 1, 2014 |
| Plaintiff to Respond to Any Motion to Dismiss the Fourth Amended Complaint | August 8, 2014 |
| Reply to Any Opposition to a Motion to Dismiss Due | August 15, 2014 |
| Parties to Serve Responses and Objections to Interrogatories and Requests for Admission Served on July 18, 2014 | August 18, 2014 |
| Disclosure Of Experts (Retained/Nonretained): | ~~Plaintiff's Proposal: Supplemental Disclosure of Plaintiff's Damages Expert Due on August 15, 2014~~<br><br>Defendants' Proposal: Disclosure of Plaintiff's Damages Expert on Plaintiff's Newly Added State Law Claims Due on August 15, 2014<br><br>All other expert disclosures regarding state law claims and rebuttal disclosures regarding patent law claims: TBD at August 22, 2014 Case Management Conference |
| Case Management Conference | August 22, 2014 at 9:00 a.m. |
| Private Mediation Before Judge Infante To Take Place On: | September 11, 2014 |
| Non-Expert Discovery Cutoff | October 31, 2014 |

| | |
|---|---|
| Expert Discovery Cutoff: | TBD at August 22, 2014 Case Management Conference |
| Daubert Motions (Or Authorized Summary Judgment Motions) | TBD at August 22, 2014 Case Management Conference |
| Compliance Hearing | February 13, 2015 |
| Joint Pre-trial Conference Statement: | February 27, 2015 |
| Pretrial Conference: | March 20, 2015 at 9:00 a.m. |
| Trial Date And Length: | April 13, 2015 at 8:30 a.m. for 7-10 days (Jury Trial) |

IT IS SO ORDERED.

Dated:  July 22, 2014

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES COURT DISTRICT JUDGE