**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANGIOSCORE, INC.,**<br><br>   Plaintiff/Counter-Defendant,<br><br>vs.<br><br>**TRIREME MEDICAL, INC.** *et al.*,<br><br>   Defendants/Counterclaimants. | Case No.: 12-CV-03393 YGR<br><br>**ORDER RE: DISCOVERY LETTER BRIEF DOCKET 269** |

On August 13, 2014, the parties filed a joint letter brief regarding four outstanding discovery issues in this action. (Dkt. No. 269.) Each party shall by the close of business tomorrow identify lead *trial* counsel for the Court.

Lead *trial* counsel with the full authority to resolve all discovery disputes for each party and no more than two other lawyers for each side are hereby **ORDERED** to appear personally at the Federal Courthouse, 1301 Clay Street, Oakland, California, on Tuesday, August 19, 2014, at 8:30 a.m. The parties shall, upon arrival, inform the Courtroom Deputy, Frances Stone, in the Clerk's Office, that they have appeared and shall proceed to meet and confer in-person to resolve the outstanding discovery issues. Specifically, counsel shall further meet and confer regarding the four issues addressed in the discovery letter, Docket 269. Conference rooms in the Attorney Lounge are available on a first-come, first-serve basis.

Once complete, the parties shall advise Ms. Stone that they have concluded their in-person meeting before requesting the Court's personal attention. The parties shall bring with them any and all materials which may bear on resolution of the issues including copies of all documents referenced in the revised privilege log. Electronic format is sufficient.

Parties are again reminded that discovery is closed except to the extent specifically authorized.

**IT IS SO ORDERED**.

**Date:** August 14, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**