| | |
|---|---|
| James W. Geriak (State Bar No. 32871)<br>*jgeriak@sheppardmullin.com*<br>Steven M. Hanle (State Bar No. 168876)<br>*shanle@sheppardmullin.com*<br>André De La Cruz (State Bar No. 245175)<br>*adelacruz@sheppardmullin.com*<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, California 92626-1993<br>Telephone:  (714) 513-5100<br>Facsimile:  (714) 513-5130 | Peter J. Armenio (*Admitted Pro Hac Vice*)<br>*peterarmenio@quinnemanuel.com*<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>55 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone:  (212) 849-7000<br>Facsimile: (212)  849-7100 |
| Robert P. Feldman (State Bar No. 69602)<br>*bobfeldman@quinnemanuel.com*<br>Diane M. Doolittle (State Bar No. 142046)<br>*dianedoolittle@quinnemanuel.com*<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  (650) 801-5000<br>Facsimile:  (650) 801-5100 | Mark Farber (*Admitted Pro Hac Vice*)<br>*mark@farberllc.com*<br>FARBER LLC<br>4 Corporate Drive, Suite 287<br>Shelton, Connecticut 06484<br>Telephone: (203) 258-1305 |

Attorneys for Plaintiff
ANGIOSCORE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.),<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:12-CV-3393-YGR<br><br>**ANGIOSCORE, INC.'S DESIGNATION OF LEAD COUNSEL** |

1   Pursuant to the Court's Order entered on August 14, 2014, Plaintiff, AngioScore, Inc.
2   hereby designates Robert P. Feldman as Lead Trial Counsel in this matter.
3
4   Dated: August 15, 2014           QUINN EMANUEL URQUHART & SULLIVAN LLP
5
                                     By:   */s/ Robert P. Feldman*
6                                          Robert P. Feldman

7                                          Counsel for Plaintiff
                                           ANGIOSCORE, INC.
8