United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRIREME MEDICAL, INC., et al.,<br><br>　　　　Defendants. | Case No. 12-cv-03393-YGR   (JSC)<br><br>**ORDER RE: PRIVILEGE LOG DISCOVERY DISPUTE**<br><br>Re: Dkt. Nos. 290 & 291 |

　　　　The parties' on-going dispute regarding Plaintiff's privilege log was referred to the undersigned judge. (Dkt. No. 297.) The parties appeared for a telephonic discovery conference on September 18, 2014 during which the Court established a process for resolving the dispute.

　　　　Counsel for Defendants, Mr. Liddiard, and counsel for Plaintiff, Ms. Doolittle, shall meet and confer on Monday, September 22 at the offices of Quinn Emanuel Urquhart & Sullivan at 9:00 a.m. Counsel shall be prepared to meet and confer for the full day; first, regarding Plaintiff's privilege log, and then, regarding issues with Defendants' privilege log.

　　　　To the extent that issues remain following the parties' meet and confer, the parties shall submit a joint discovery letter brief in accordance with the Court's Standing Order by September 29. The parties shall work together to identify a mutually agreeable representative sample of disputed documents which shall be simultaneously provided to the Court for in camera review. If the parties are not able to mutually agree upon a sample or the volume of the disputed documents is too high to easily furnish a representative sample, the parties shall contact the Court's Courtroom Deputy Ada Means at 415.522.2015 to set up a further telephonic discovery conference with the Court.

**IT IS SO ORDERED**.

Dated: September 18, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge