AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| ANGIOSCORE, INC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:12-cv-3393-YGR |
| TRIREME MEDICAL, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AngioScore, Inc.

Date:  09/19/2014

*Attorney's signature*

Rachel Herrick Kassabian, CA Bar No. 191060
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
*Address*

rachelkassabian@quinnemanuel.com
*E-mail address*

(650) 801-5000
*Telephone number*

(650) 801-5100
*FAX number*