| | |
|---|---|
| James W. Geriak (State Bar No. 32871) <br> jgeriak@sheppardmullin.com <br> Steven M. Hanle (State Bar No. 168876) <br> shanle@sheppardmullin.com <br> SHEPPARD, MULLIN, <br> RICHTER & HAMPTON LLP <br> 650 Town Center Drive, 4th Floor <br> Costa Mesa, California 92626-1993 <br> Telephone: (714) 513-5100 <br> Facsimile: (714) 513-5130 | Peter J. Armenio (*Admitted Pro Hac Vice*) <br> peterarmenio@quinnemanuel.com <br> QUINN EMANUEL <br> URQUHART & SULLIVAN LLP <br> 51 Madison Avenue <br> New York, New York 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 |
| Robert P. Feldman (State Bar No. 69602) <br> bobfeldman@quinnemanuel.com <br> Diane M. Doolittle (State Bar No. 142046) <br> dianedoolittle@quinnemanuel.com <br> QUINN EMANUEL <br> URQUHART & SULLIVAN LLP <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, California 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 | Mark Farber (*Admitted Pro Hac Vice*) <br> mark@farberllc.com <br> FARBER LLC <br> 4 Corporate Drive, Suite 287 <br> Shelton, Connecticut 06484 <br> Telephone: (203) 258-1305 |

Attorneys for Plaintiff
ANGIOSCORE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.), <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 4:12-CV-3393-YGR <br><br> **ANGIOSCORE, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ANGIOSCORE, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO AMEND PRETRIAL CASE SCHEDULE OR IN THE ALTERNATIVE BIFURCATE PLAINTIFF'S STATE LAW CLAIMS AND CERTAIN EXHIBITS TO THE DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT THEREOF** |

Pursuant to Civil Local Rules 7-11 and 79-5 of the Northern District of California, Plaintiff AngioScore, Inc. ("AngioScore"), by and through its counsel, hereby moves to file under seal its Opposition To Defendants' Motion To Amend Pretrial Case Schedule Or In The Alternative Bifurcate Plaintiff's State Law Claims, as well as Exhibits 1 and 4-12 to the Declaration of Rachel Herrick Kassabian ("Kassabian Decl.") filed in support thereof.

As stated in the Declaration of Rachel Herrick Kassabian filed concurrently herewith in support of this Administrative Motion:

1. Kassabian Decl. Exhibits 1 and 11-12 consist of documents produced in this matter and endorsed "Confidential" by Defendants

2. Kassabian Decl. Exhibits 5 and 7-10 consist of documents endorsed "Highly Confidential – Attorneys' Eyes Only" by Defendants.

3. Kassabian Decl. Exhibit 4 consists of a document endorsed "Highly Confidential – Attorneys' Eyes Only – Prosecution Bar" by Defendants.

4. Kassabian Decl. Exhibit 6 consists of a document designated "Confidential" by third-party Tanhum Feld.

5. AngioScore's Opposition to Defendants' Motion To Amend Pretrial Case Schedule Or In The Alternative Bifurcate Plaintiff's State Law Claims contains information obtained from Kassabian Decl. Exhibits 4-12.

Because the information contained within Exhibits 1 and 4-12 and within some portions of AngioScore's Opposition to Defendants' Motion To Amend Pretrial Case Schedule Or In The Alternative Bifurcate Plaintiff's State Law Claims was designated as "Confidential" or "Highly Confidential" by Defendants and/or third party Tanhum Feld, AngioScore is not in a position to place these documents in the Court's public record.

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of AngioScore's Opposition to Defendants' Motion To Amend Pretrial Case Schedule Or In The Alternative Bifurcate Plaintiff's State Law Claims accompany this Administrative Motion.

A proposed order also accompanies this Administrative Motion.

| | |
|---|---|
| Dated: September 21, 2014 | Respectfully submitted, |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By:   /s/ *Rachel Herrick Kassabian*<br>          Rachel Herrick Kassabian |
| | Counsel for Plaintiff<br>ANGIOSCORE, INC. |