BRANDON D. BAUM, State Bar No. 121318
brandon@agilityiplaw.com
DAVID A. CAINE, State Bar No. 218074
dacaine@agilityiplaw.com
THOMAS T. CARMACK, State Bar No. 229324
tom@agilityiplaw.com
AGILITY IP LAW, LLP
149 Commonwealth Drive
Menlo Park, CA 94025
Telephone:   (650) 227-4800
Facsimile:    (650) 318-3483

Attorneys for Defendants
TRIREME MEDICAL, LLC,
EITAN KONSTANTINO,
QUATTRO VASCULAR PTE LTD.,
and QT VASCULAR LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.),<br><br>             Defendants. | CASE NO.:  4:12-CV-3393-YGR<br><br>**NOTICE OF APPEARANCE OF THOMAS T. CARMACK** |

1   PLEASE TAKE NOTICE that Thomas T. Carmack of Agility IP Law, LLP hereby enters

2 his appearance as counsel of record on behalf of Defendants TRIREME MEDICAL, LLC,

3 EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD., in

4 the above-captioned case as follows:

5   Thomas T. Carmack
    AGILITY IP LAW, LLP
6   149 Commonwealth Drive
    Menlo Park, CA 94025
7   Telephone: (650) 227-4800
    Facsimile: (650) 318-3483
8   Email: tom@agilityiplaw.com

9   Pursuant to Civil L. R. 5-1, copies of all briefs, motions, orders, correspondence, and

10 other papers filed by or with the Court may be electronically served on Thomas T. Carmack at

11 the above-listed electronic mail address.

12 Dated: September 22, 2014           Respectfully submitted,

13                                      AGILITY IP LAW, LLP

14

15                                       */s/ Thomas T. Carmack*
                                        Thomas T. Carmack

16                                      Attorney for Plaintiff
                                        TRIREME MEDICAL, LLC
17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE                                          CASE NO. 12-CV-3393-YGR
- 2 -