**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANGIOSCORE, INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**TRIREME MEDICAL, LLC,** *et al.***,**<br><br>    **Defendants.** | Case No.: 12-CV-3393 YGR<br><br>**ORDER DENYING MOTION TO AMEND PRETRIAL CASE SCHEDULE; DENYING AS MOOT MOTION TO SHORTEN TIME; REQUIRING FILING OF JOINT STATUS STATEMENT** |

On September 22, 2014, the Court held a telephonic conference in the above-styled case. Pursuant to Civil Local Rule 7-1(b), the Court ruled on defendants' Motion to Amend Pretrial Case Schedule or in the Alternative Bifurcate Plaintiff's State Law Claims. (Dkt. No. 298 ("Motion to Amend").) The Motion to Amend is **GRANTED IN PART AND DENIED IN PART**. Only with respect to non-expert depositions, the fact discovery deadline previously set for October 31, 2014 (*see* Dkt. No. 254 at 2) is extended to **Friday, November 21, 2014**. Otherwise, the Motion to Amend is denied.

The motion to have defendants' Motion to Amend heard on shortened time (Dkt. No. 299) is **DENIED AS MOOT**.

The parties are hereby **ORDERED** to file a joint status statement on or before Monday, October 6, 2014. The joint status statement shall:

- Identify the percentage of responsive documents produced, and received documents reviewed, by defendants;
- Identify the percentage of responsive documents produced, and received documents reviewed, by plaintiff;

- List all depositions that have been scheduled, identifying the deponent and the scheduled deposition date;

- List all depositions that have not been scheduled and summarizing in no more than one sentence per person the reason(s) why not; and

- Set forth for each side the number of documents reviewed per day from the signature date of this Order onward.

The Court **RESERVES** as to plaintiff's pending administrative motion to file documents under seal, pending the submission of declarations in support thereof pursuant to Civil Local Rule 79-5(e). (Dkt. No. 306.)

This Order terminates Dkt. Nos. 298 and 299.

**IT IS SO ORDERED.**

Dated: September 22, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**