| | |
|---|---|
| 1 | W. Gerard von Hoffmann, III (SBN 112,847) |
|   | Gerard.vonHoffmann@knobbe.com |
| 2 | joseph R. Re (SBN 134,479) |
|   | Joe.Re@knobbe.com |
| 3 | Sheila N. Swaroop (SBN 203,476) |
|   | Sheila.swaroop@knobbe.com |
| 4 | Joshua Stowell (SBN 246,916) |
|   | Joshua.Stowell@knobbe.com |
| 5 | KNOBBE, MARTENS, |
|   |       OLSON & BEAR, LLP |
| 6 | 2040 Main Street, 14th Floor |
|   | Irvine, CA  92614 |
| 7 | Ph.:  (949) 760-0404  Fax:  (949) 760-9502 |
| 8 | Attorneys for Defendants & Counterclaimants |
|   | TRIREME MEDICAL, LLC, |
| 9 | QUATTRO VASCULAR PTE. LTD. |
|   | QT VASCULAR LTD. and |
| 10 | EITAN KONSTANTINO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC.<br><br>      Plaintiff,<br><br>  v.<br><br>TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.),<br><br>      Defendants.<br><br>TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE. LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.),<br><br>      Counterclaimants,<br><br>  v.<br><br>ANGIOSCORE, INC.<br><br>      Counterdefendant. | Civil Action No. 4:12-cv-3393-YGR<br><br>**NOTICE OF WITHDRAWL OF WILLIAM GERARD VON HOFFMANN, III AS COUNSEL OF RECORD FOR TRIREME MEDICAL, LLC, EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. AND ORDER PERMITTING WITHDRAWAL**<br><br>Hon. Yvonne Gonzalez Rogers |

**Von Hoffman Withdrawal as Counsel for Defendants & Counterclaimants – 12-cv- 3393-YGR**

TO THE CLERK, EACH PARTY IN INTEREST, AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 11.5, notice is hereby given that William Gerard von Hoffmann, III is withdrawing as counsel of record for defendants and counterclaimants Trireme Medical, LLC, Quattro Vascular Pte. Ltd. QT Vascular Ltd. and Eitan Konstantino. Wilson Sonsini Goodrich & Rosati, and Agility IP Law continue to represent defendants.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 25, 2014       By: /s/ Gerard von Hoffmann
                                    W. Gerard von Hoffmann, III
                                    Attorney for Defendants and Counterclaimants
                                    TRIREME MEDICAL, LLC,
                                    QUATTRO VASCULAR PTE. LTD.
                                    QT VASCULAR LTD. and
                                    EITAN KONSTANTINO

**IT IS SO ORDERED.**

Dated: _____        _____
                                      United States District Court Judge

18951947

**Von Hoffman Withdrawal as Counsel for Defendants & Counterclaimants – 12-cv- 3393-YGR**

1