1 | W. Gerard von Hoffmann, III (SBN 112,847)
Gerard.vonHoffmann@knobbe.com
2 | joseph R. Re (SBN 134,479)
Joe.Re@knobbe.com
3 | Sheila N. Swaroop (SBN 203,476)
Sheila.swaroop@knobbe.com
4 | Joshua Stowell (SBN 246,916)
Joshua.Stowell@knobbe.com
5 | KNOBBE, MARTENS,
   OLSON & BEAR, LLP
6 | 2040 Main Street, 14th Floor
Irvine, CA 92614
7 | Ph.: (949) 760-0404  Fax: (949) 760-9502

8 | Attorneys for Defendants & Counterclaimants
TRIREME MEDICAL, LLC,
9 | QUATTRO VASCULAR PTE. LTD.
QT VASCULAR LTD. and
10 | EITAN KONSTANTINO

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC. | Civil Action No. 4:12-cv-3393-YGR |
| Plaintiff, | **NOTICE OF WITHDRAWL OF WILLIAM GERARD VON HOFFMANN, III AS COUNSEL OF RECORD FOR TRIREME MEDICAL, LLC, EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. AND ORDER PERMITTING WITHDRAWAL** |
| v. | |
| TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.), | |
| Defendants. | Hon. Yvonne Gonzalez Rogers |
| TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE. LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.), | |
| Counterclaimants, | |
| v. | |
| ANGIOSCORE, INC. | |
| Counterdefendant. | |

**Von Hoffman Withdrawal as Counsel for Defendants & Counterclaimants – 12-cv- 3393-YGR**

TO THE CLERK, EACH PARTY IN INTEREST, AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 11.5, notice is hereby given that William Gerard von Hoffmann, III is withdrawing as counsel of record for defendants and counterclaimants Trireme Medical, LLC, Quattro Vascular Pte. Ltd. QT Vascular Ltd. and Eitan Konstantino. Wilson Sonsini Goodrich & Rosati, and Agility IP Law continue to represent defendants.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 25, 2014            By:  /s/ Gerard von Hoffmann
                                         W. Gerard von Hoffmann, III
                                         Attorney for Defendants and Counterclaimants
                                         TRIREME MEDICAL, LLC,
                                         QUATTRO VASCULAR PTE. LTD.
                                         QT VASCULAR LTD. and
                                         EITAN KONSTANTINO

**IT IS SO ORDERED.**

Dated:   September 30, 2014

United States District Court Judge
YVONNE GONZALEZ ROGERS

18951947

**Von Hoffman Withdrawal as Counsel for Defendants & Counterclaimants – 12-cv- 3393-YGR**

1