1  W. Gerard von Hoffmann, III (SBN 112,847)
   Gerard.vonHoffmann@knobbe.com
2  joseph R. Re (SBN 134,479)
   Joe.Re@knobbe.com
3  Sheila N. Swaroop (SBN 203,476)
   Sheila.swaroop@knobbe.com
4  Joshua Stowell (SBN 246,916)
   Joshua.Stowell@knobbe.com
5  KNOBBE, MARTENS,
        OLSON & BEAR, LLP
6  2040 Main Street, 14th Floor
   Irvine, CA  92614
7  Ph.:  (949) 760-0404  Fax:  (949) 760-9502

8  Attorneys for Defendants & Counterclaimants
   TRIREME MEDICAL, LLC,
9  QUATTRO VASCULAR PTE. LTD.
   QT VASCULAR LTD. and
10 EITAN KONSTANTINO

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC. | Civil Action No. 4:12-cv-3393-YGR |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF JOSHUA STOWELL AS COUNSEL OF RECORD FOR TRIREME MEDICAL, LLC, EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. AND ORDER PERMITTING WITHDRAWAL** |
| v. | |
| TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.), | |
| Defendants. | Hon. Yvonne Gonzalez Rogers |
| TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE. LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.), | |
| Counterclaimants, | |
| v. | |
| ANGIOSCORE, INC. | |
| Counterdefendant. | |

**Joshua Stowell Withdrawal as Counsel for Defendants & Counterclaimants – 12-cv- 3393-YGR**

TO THE CLERK, EACH PARTY IN INTEREST, AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 11.5, notice is hereby given that Joshua Stowell is withdrawing as counsel of record for defendants and counterclaimants Trireme Medical, LLC, Quattro Vascular Pte. Ltd. QT Vascular Ltd. and Eitan Konstantino.  Wilson Sonsini Goodrich & Rosati, and Agility IP Law continue to represent defendants.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 25, 2014     By:  /s/ Joshua Stowell
                                   Joshua Stowell
                                   Attorney for Defendants and Counterclaimants
                                   TRIREME MEDICAL, LLC,
                                   QUATTRO VASCULAR PTE. LTD.
                                   QT VASCULAR LTD. and
                                   EITAN KONSTANTINO

**IT IS SO ORDERED.**

Dated:  September 30, 2014

United States District Court Judge
YVONNE GONZALEZ ROGERS

18956077

**Joshua Stowell Withdrawal as Counsel for Defendants & Counterclaimants – 12-cv- 3393-YGR**

1