| | |
|---|---|
| 1 | W. Gerard von Hoffmann, III (SBN 112,847) |
|   | Gerard.vonHoffmann@knobbe.com |
| 2 | joseph R. Re (SBN 134,479) |
|   | Joe.Re@knobbe.com |
| 3 | Sheila N. Swaroop (SBN 203,476) |
|   | Sheila.swaroop@knobbe.com |
| 4 | Joshua Stowell (SBN 246,916) |
|   | Joshua.Stowell@knobbe.com |
| 5 | KNOBBE, MARTENS, |
|   |         OLSON & BEAR, LLP |
| 6 | 2040 Main Street, 14th Floor |
|   | Irvine, CA  92614 |
| 7 | Ph.:  (949) 760-0404  Fax:  (949) 760-9502 |
| 8 | Attorneys for Defendants & Counterclaimants |
|   | TRIREME MEDICAL, LLC, |
| 9 | QUATTRO VASCULAR PTE. LTD. |
|   | QT VASCULAR LTD. and |
| 10 | EITAN KONSTANTINO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC. | Civil Action No. 4:12-cv-3393-YGR |
| Plaintiff, | **NOTICE OF WITHDRAWL OF SHEILA N. SWAROOP AS COUNSEL OF RECORD FOR TRIREME MEDICAL, LLC, EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. AND ORDER PERMITTING WITHDRAWAL** |
| v. | |
| TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.), | |
| Defendants. | Hon. Yvonne Gonzalez Rogers |
| TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE. LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.), | |
| Counterclaimants, | |
| v. | |
| ANGIOSCORE, INC. | |
| Counterdefendant. | |

**Sheila Swaroop Withdrawal as Counsel for Defendants & Counterclaimants – 12-cv- 3393-YGR**

TO THE CLERK, EACH PARTY IN INTEREST, AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 11.5, notice is hereby given that Sheila N. Swaroop is withdrawing as counsel of record for defendants and counterclaimants Trireme Medical, LLC, Quattro Vascular Pte. Ltd. QT Vascular Ltd. and Eitan Konstantino. Wilson Sonsini Goodrich & Rosati, and Agility IP Law continue to represent defendants.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 25, 2014    By: /s/ Sheila N. Swaroop
                                 Sheila N. Swaroop
                                 Attorney for Defendants and Counterclaimants
                                 TRIREME MEDICAL, LLC,
                                 QUATTRO VASCULAR PTE. LTD.
                                 QT VASCULAR LTD. and
                                 EITAN KONSTANTINO

**IT IS SO ORDERED.**

Dated: September 30, 2014

United States District Court Judge
YVONNE GONZALEZ ROGERS

18955990