| | |
|---|---|
| 1 | W. Gerard von Hoffmann, III (SBN 112,847) |
|   | Gerard.vonHoffmann@knobbe.com |
| 2 | joseph R. Re (SBN 134,479) |
|   | Joe.Re@knobbe.com |
| 3 | Sheila N. Swaroop (SBN 203,476) |
|   | Sheila.swaroop@knobbe.com |
| 4 | Joshua Stowell (SBN 246,916) |
|   | Joshua.Stowell@knobbe.com |
| 5 | KNOBBE, MARTENS, |
|   | OLSON & BEAR, LLP |
| 6 | 2040 Main Street, 14th Floor |
|   | Irvine, CA  92614 |
| 7 | Ph.: (949) 760-0404  Fax: (949) 760-9502 |
| 8 | Attorneys for Defendants & Counterclaimants |
|   | TRIREME MEDICAL, LLC, |
| 9 | QUATTRO VASCULAR PTE. LTD. |
|   | QT VASCULAR LTD. and |
| 10 | EITAN KONSTANTINO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC. | Civil Action No. 4:12-cv-3393-YGR |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF JOSEPH R. RE AS COUNSEL OF RECORD FOR TRIREME MEDICAL, LLC, EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD.** |
| v. | |
| TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.), | **AND ORDER PERMITTING WITHDRAWAL** |
| Defendants. | Hon. Yvonne Gonzalez Rogers |
| TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE. LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.), | |
| Counterclaimants, | |
| v. | |
| ANGIOSCORE, INC. | |
| Counterdefendant. | |

**Joseph R. Re Withdrawal as Counsel for Defendants & Counterclaimants – 12-cv- 3393-YGR**

*1*   TO THE CLERK, EACH PARTY IN INTEREST, AND THEIR COUNSEL OF
*2* RECORD:

*3*   Pursuant to Civil L.R. 11.5, notice is hereby given that Joseph R. Re is withdrawing as
*4* counsel of record for defendants and counterclaimants Trireme Medical, LLC, Quattro
*5* Vascular Pte. Ltd. QT Vascular Ltd. and Eitan Konstantino.  Wilson Sonsini Goodrich &
*6* Rosati, and Agility IP Law continue to represent defendants.

*7*                                         Respectfully submitted,

*8*                                         KNOBBE, MARTENS, OLSON & BEAR, LLP

*9*
*10* Dated:   September 25, 2014         By:  /s/ Joseph R. Re
                                              Joseph R. Re
*11*                                           Attorney for Defendants and Counterclaimants
                                              TRIREME MEDICAL, LLC,
*12*                                           QUATTRO VASCULAR PTE. LTD.
                                              QT VASCULAR LTD. and
*13*                                           EITAN KONSTANTINO

*14* **IT IS SO ORDERED.**

*15*

*16* Dated:   September 30, 2014
                                              _____
*17*                                           United States District Court Judge
                                              YVONNE GONZALEZ ROGERS
*18*

*19*

*20*

*21*

*22* 18951986

*23*

*24*

*25*

*26*

*27*

*28*

**Joseph R. Re Withdrawal as Counsel for Defendants & Counterclaimants – 12-cv- 3393-YGR**
1