UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.),<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:12-CV-3393-YGR<br><br>**ORDER RE ANGIOSCORE, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ANGIOSCORE, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO AMEND PRETRIAL CASE SCHEDULE OR IN THE ALTERNATIVE BIFURCATE PLAINTIFF'S STATE LAW CLAIMS AND CERTAIN EXHIBITS TO THE DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT THEREOF** |

1  The Court, having read and considered Plaintiff AngioScore, Inc's ("AngioScore")
2  Administrative Motion to File Under Seal AngioScore, Inc.'s Opposition To Defendants' Motion
3  To Amend Pretrial Case Schedule Or In The Alternative Bifurcate Plaintiff's State Law Claims
4  And Certain Exhibits To The Declaration Of Rachel Herrick Kassabian In Support Thereof (Dkt.
5  No. 306), **GRANTS IN PART** and **DENIES IN PART** AngioScore's Motion.  The Court finds that
6  good cause exists, pursuant to Civil Local Rule 79-5 and the Administrative Motion, to seal
7  **Exhibits 1, 6, and 10** to the Kassabian Declaration (Dkt. No. 306-1) and hereby **GRANTS**
8  AngioScore's Administrative Motion as to those Exhibits.  The requests to seal **Exhibits 4-5, 7-9,**
9  **and 11-12** are deemed **WITHDRAWN**.  (Dkt. No. 317.)  As to AngioScore's motion to file under
10 seal portions of its Opposition To Defendants' Motion To Amend Pretrial Case Schedule Or In
11 The Alternative Bifurcate Plaintiff's State Law Claims, the request is **GRANTED IN PART**, only as
12 to line numbers 17-22 on page 9 of the memorandum, and is otherwise **DENIED**.

13  AngioScore is hereby **ORDERED** to file another redacted copy of its Opposition To
14 Defendants' Motion To Amend Pretrial Case Schedule Or In The Alternative Bifurcate Plaintiff's
15 State Law Claims and to file copies of Exhibits 4-5, 7-9, and 11-12 in conformance with the
16 foregoing within **seven (7) days**.

17  This Order terminates Dkt. No. 306.
18  **IT IS SO ORDERED.**

19
20 Date: October 10, 2014
   _____
   Hon. Yvonne Gonzalez Rogers
   United States District Judge