UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGIOSCORE, INC.,

    Plaintiff,

v.

TRIREME MEDICAL, INC., et al.,

    Defendants.

Case No. 12-cv-03393-YGR

**ORDER RE PLAINTIFF'S REQUEST FOR ADDITIONAL DEPOSITION IN PATENT CASE**

Re: Dkt. No. 333

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court is in receipt of the Joint Discovery Letter Brief filed at Docket 333 and Orders as follows, good cause appearing:

The Court has re-reviewed the briefing of the parties in Docket 163 and its previous order regarding the deposition of Eitan Konstantino. In light of those considerations and the fact that defendants have now withdrawn certain claims and corporate designations, the Court orders the deposition of Mr. Konstantino for a 1/2 day (or 3.5 hours) for the patent case in addition to the full day anticipated on the claims for breach of fiduciary duty. With respect to the latter, defendants shall complete their document production prior to the deposition. The Court will not address the timing of the deposition as the issue is premature.

This terminates Docket 333.

**IT IS SO ORDERED**.

Dated: October 14, 2014

                                                            _____
                                                            YVONNE GONZALEZ ROGERS
                                                            United States District Judge

United States District Court
Northern District of California