UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD. and QT VASCULAR LTD. (f/k/a QT VASCULAR PTD. LTD.), <br><br> Defendants. | CASE NO.: 4:12-cv-3393-YGR <br><br> **[PROPOSED] STIPULATED SCHEDULING ORDER** <br><br> **DEMAND FOR JURY TRIAL** |

[PROPOSED] STIPULATED SCHEDULING ORDER
CASE NO.: 4:12-CV-3393-YGR

A Further Case Management Conference was held on October 6, 2014 before the Honorable Yvonne Gonzalez Rogers. Having considered the parties' Joint Stipulated Scheduling Proposal (Dkt. No. 319), the argument of counsel, and good cause appearing, the Court hereby amends the prior Order Regarding Discovery And Amending Pretrial And Trial Schedule (Dkt. No. 254) and orders the parties to comply with the following new case schedule:

| | |
|---|---|
| Non-Expert Written Discovery Cutoff | October 31, 2014 |
| Supplemental Disclosure of Plaintiff's Damages Expert on Plaintiff's State Law Claims | November 5, 2014 |
| Disclosure of Defendants' Damages Expert on Patent Claims | November 19, 2014 |
| Disclosure of Defendants' Damages Expert on State Law Claims | November 19, 2014 |
| Disclosure of Defendants' Rebuttal Expert Reports on Patent Claims / Disclosure of Plaintiff's Rebuttal Report (Invalidity) on Patent Claims | November 19, 2014 |
| Non-Expert Deposition Cutoff | November 21, 2014 |
| Disclosures of All Other Experts on State Law Claims | November 25, 2014 |
| Rebuttal Expert Disclosures Regarding the State Law Claims | December 10, 2014 |
| Expert Discovery Cutoff | December 23, 2014 |
| Daubert Motions or Authorized Summary Judgment Motions by Defendants on State Law Claims or by Plaintiffs on any Claims | January 14, 2015 |
| Oppositions to Daubert Motions or Authorized Summary Judgment Motions | January 30, 2015 |
| Replies to Daubert Motions or Authorized Summary Judgment Motions | February 9, 2015 |
| Compliance Hearing | February 13, 2015 |
| Hearing on Daubert Motions or Summary Judgment Motions | February 24, 2015 at 2:00 p.m. |
| Joint Pre-trial Conference Statement | March 13, 2015 |
| Pretrial Conference | March 27, 2015 at 9:00 a.m. |
| Trial Date And Length | April 13, 2015 at 8:30 a.m. for 7-10 days (Jury Trial) |

**IT IS SO ORDERED**.

Dated: October 17, 2014

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE