UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TRIREME MEDICAL, INC., et al.,<br><br>    Defendants. | Case No. 12-cv-03393-YGR   (JSC)<br><br>**ORDER RE: DEFENDANT'S LETTER BRIEF RE: PIPER JAFFRAY SUBPOENA**<br><br>Re: Dkt. No. 379 |

Now pending before the Court is a discovery letter brief filed by Defendant Eitan Konstantino seeking to compel a response to a subpoena issued to non-party Piper Jaffray & Company. (Dkt. No. 379.) Any opposition to Defendant's letter brief is due by the close of business November 19, 2014.

Defendant shall serve a copy of this Order on non-party Piper Jaffray & Company forthwith.

**IT IS SO ORDERED**.

Dated: November 18, 2014

JACQUELINE SCOTT CORLEY
United States Magistrate Judge