UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TRIREME MEDICAL, INC., et al.,<br><br>    Defendants. | Case No. 12-cv-03393-YGR   (JSC)<br><br>**ORDER RE: RESPONSE TO DEFENDANT'S LETTER BRIEF RE: SUBPOENA TO NON-PARTY JOHN SELLERS**<br><br>Re: Dkt. No. 398 |

Now pending before the Court is a discovery letter brief filed by Defendant Eitan Konstantino seeking an extension of time to serve a subpoena on non-party John Sellers and to take Mr. Sellers' deposition after the discovery deadline. (Dkt. No. 398.) Any response to the letter brief must be filed by the close of business December 5, 2014.

**IT IS SO ORDERED**.

Dated: December 4, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge