UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANGIOSCORE, INC.**,

        Plaintiff,

  v.

**TRIREME MEDICAL, INC., ET AL.**,

        Defendants.

Case No. 12-cv-03393-YGR

**ORDER VACATING HEARING**

Due to the Court's current trial schedule, the hearing on plaintiff's motion for leave to amend its disclosure of infringement contentions, set for December 9, 2014, is hereby **VACATED** and will be reset at a later date if necessary.

**IT IS SO ORDERED.**

Dated: December 5, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**