**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANGIOSCORE, INC.,**<br><br>    Plaintiff,<br><br>   v.<br><br>**TRIREME MEDICAL, INC.,** *et al.*,<br><br>    Defendants. | Case No.: 12-CV-3393 YGR<br><br>**ORDER PERMITTING FILING OF MOTIONS FOR SUMMARY JUDGMENT; GRANTING ADMINISTRATIVE MOTIONS TO SEAL** |

The parties are hereby **EXCUSED** from the undersigned's requirement of a pre-filing conference before filing summary judgment motions in this case.

The parties' briefs for the summary judgment motions contemplated above, as well as any separate statements of fact, shall be delivered to Chambers on a CD/DVD in Word format. Each document's citation to the fact record shall include a hyperlink to the fact record, which shall also be included on the CD/DVD delivered to Chambers. Clicking on the hyperlink shall result in the pertinent portion of the fact record opening as a PDF document. The CD/DVD label shall include the name of the parties, the case number, and a description of the documents.

Accordingly, the parties' pending motions to file pre-filing letter briefs and response thereto under seal are **GRANTED.** (Dkt. Nos. 425, 426, 431.) This terminates Docket Numbers 425, 426 and 431.

**IT IS SO ORDERED.**

Dated: December 16, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**