UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TRIREME MEDICAL, INC., et al.,<br><br>    Defendants. | Case No.  12-cv-03393-YGR   (JSC)<br><br>**ORDER RE: DISPUTES RE: PLAINTIFF'S PRIVILEGE LOG**<br><br>Re: Dkt. Nos. 444, 446 |

The Court is in receipt of the parties' submissions regarding the ongoing disputes involving Plaintiff's privilege log.  (Dkt. Nos. 444 & 446.)  The parties were previously ordered to meet and confer regarding these disputes and appear for a hearing on January 5, 2015 to the extent that any disputes remained following the meet and confer.  Defendants' letter brief indicates that numerous disputes remain following the parties' meet and confer.  Plaintiff disagrees that any disputes remain and asks that any hearing on the matter be reset for January 6 or 9, 2015.

The parties shall appear for a hearing on the remaining issues surrounding Plaintiff's privilege log on January 9, 2015 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California, 94102.  Lead counsel for each party who was present at the meet and confer must be present.  Plaintiff shall bring copies of all of the disputed documents.

**IT IS SO ORDERED**.

Dated: January 2, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge