UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIOSCORE, INC.**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**TRIREME MEDICAL, INC., ET AL.**,<br><br>　　　　Defendants. | Case No.  12-cv-03393-YGR<br><br>**ORDER DENYING REQUEST TO FILE SECOND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** |

On December 29, 2014, defendants TriReme Medical, *et al.*, submitted a letter brief requesting leave of court to file a second motion for summary judgment of non-infringement. (Dkt. No. 447.)  Having considered the reasons stated therein for leave to file said motion, the arguments in opposition offered by plaintiff, and this Court's Standing Order in Civil Cases, which at paragraph 9(b) provides that only one motion for summary judgment may be made absent leave, the Court **DENIES** defendants' request for leave to file a second summary judgment motion on the subject of non-infringement.

**IT IS SO ORDERED.**

Dated: January 7, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**