UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIOSCORE, INC.**, <br> Plaintiff, <br> v. <br> **TRIREME MEDICAL, INC., ET AL.**, <br> Defendants. | Case No. 12-cv-03393-YGR <br><br> **ORDER RE HEARING ON MOTIONS ON SUMMARY JUDGMENT; MOTIONS IN LIMINE; ORDER VACATING COMPLIANCE HEARING** |

Several motions in the above-styled action are currently set for hearing on February 24, 2015. (Dkt. Nos. 462; 463; 464; 466; 468; 471; 478.) Due to the Court's trial schedule, the hearings set for February 24, 2015 are hereby **CONTINUED** one week to **March 3, 2015 at 9:00 a.m.**

In light of the above hearing, and the parties' stipulation, the compliance hearing set for February 13, 2015 is **VACATED**.

**IT IS SO ORDERED.**

Dated: February 11, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**