UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANGIOSCORE, INC.**,

    Plaintiff,

    v.

**TRIREME MEDICAL, INC., ET AL.**,

    Defendants.

Case No. 12-cv-03393-YGR

**ORDER TO SHOW CAUSE**

The Court understands that during the course of a deposition of Professor David Lewin, defendants' rebuttal expert, counsel for plaintiff questioned Professor Lewin concerning issues of conflicts of interest and corporate governance, to which this action substantially relates, and that defense counsel instructed Professor Lewin not to answer such question/s. (See Dkt. No. 467-3, Lewin Deposition at 90:8-91:4.)

Defendants are hereby **ORDERED TO SHOW CAUSE** why they should not incur either, or both, monetary or evidentiary sanctions for unduly restricting discovery. A hearing on this order to show cause shall be set for **Tuesday, March 3, 2015** at **9:00 a.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. Defense counsel who issued the instruction that Professor Lewin not answer the question/s shall be prepared to respond personally to the order to show cause, including, without limitation, how his conduct comports with the Guidelines for Professional Conduct in this district.

No later than **Monday, March 2, 2015**, counsel for plaintiff shall file on the case docket a declaration setting forth the relevant attorney's/s' billing rates and the amount of time expended in preparation and in taking the subject deposition.

**IT IS SO ORDERED.**

Dated: February 26, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**