UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: 3/3/15 | Time: 9:00am-10:35am and 10:47am-12:16pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 12-cv-03393-YGR | Case Name: Angioscore, Inc. v. Trireme Medical, Inc. | |

**Attorney for Plaintiff:** Robert Feldman; Diane Doolittle; Laura Fairneny; Kimball Parker; Cate Saad; Robin Ramirez and Paul Gordon -General Counsel
**Attorney for Defendant:** Dylan Liddiard; David Caine; Steven Guggenheim, David Steuer, Daniel Turbow; Brian Danitz; Thomas Martin

**Deputy Clerk:** Frances Stone         **Court Reporter:** Raynee Mercado

PROCEEDINGS

**Motions Hearing- HELD**

**Court will issue order.**

**OSC- HELD. Attorney Thomas Martin is ordered to pay $200.00 in sanctions to Plaintiff in seven days.**

**Notes:** Court will bifurcate Patent Claims. The 4/13/15 Jury Trial date and trial related dates are VACATED as to the Patent case. There will be a bench trial [8 days or less; 18 hours per side] re equity claims set by the court after filing by parties. Each side to meet and confer and then file proffer regarding witnesses to be called and the proffer of testimony; length of direct and cross examination as to a bench trial to be filed by 3/9/15. Joint submission filed by Friday 3/13/15 by 12:00 noon.

**By close of business on Tuesday, 3/4/15 case cites of 2 pages total to be submitted to Court.**