UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIOSCORE, INC.**, <br>                 Plaintiff, <br><br> v. <br><br> **TRIREME MEDICAL, INC., ET AL.**, <br>                 Defendants. | Case No. 12-cv-03393-YGR <br><br> **ORDER DENYING MOTION TO SHORTEN TIME** |

Presently before the Court is defendants' motion to shorten time (Dkt. No. 556) for both briefing and the hearing on their motion to dismiss (Dkt. No. 555). Plaintiffs have responded to the motion to shorten time. (Dkt. No. 558.) Having carefully reviewed the papers, the Court **DENIES** defendants' request.

Briefing on the motion to dismiss shall proceed as in the ordinary course. Defendants may, however, elect to accelerate their reply briefing. Once briefing concludes on the motion to dismiss, the Court will take the motion under submission. If the Court deems a hearing necessary, it will set a hearing on the motion. If no hearing is set, the Court will resolve the motion on the papers.

**IT IS SO ORDERED.**

Dated: March 18, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**