UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIOSCORE, INC.**,<br>　　　　Plaintiff,<br><br>　　v.<br><br>**TRIREME MEDICAL, INC., ET AL.**,<br>　　　　Defendants. | Case No. 12-cv-03393-YGR<br><br>**ORDER REGARDING TRIAL TIME LIMITS AND PREPARATION OF MATERIALS** |

The Court, having reviewed the parties' joint submission regarding their presentation of evidence at trial and proposed time allotments with respect thereto, hereby **ORDERS** as follows:

Each party shall have **thirteen hours** in which to present its case. The Court may elect to increase the time allocated to each party if it determines that additional time is necessary for further presentation of specific evidence. However, the proffers appear to contemplate cumulative testimony.

To increase the efficiency of the proceedings, the parties shall each provide to the Court the following materials no later than **Thursday, April 9, 2015**:

(i) A high-level chronology of events, in table form, related to the breach of fiduciary duty at issue in this case;

(ii) A collection of their "key" documents cited therein, in a binder; and

(iii) A comprehensive exhibit list prepared in accordance with the Court's standing order.

Documents supporting said chronology shall be ordered chronologically and individually tabbed by exhibit number. In addition, these materials shall be provided in electronic form.

**IT IS SO ORDERED.**

Dated: March 20, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**