UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANGIOSCORE, INC.**,

    Plaintiff,

v.

**TRIREME MEDICAL, INC., ET AL.**,

    Defendants.

Case No. 12-cv-03393-YGR

**ORDER REQUIRING STATEMENT**

The Court hereby **ORDERS** defendants TriReme Medical, Inc., *et al.*, to file a statement apprising the Court by no later than **10:00 a.m.** tomorrow, **April 1, 2015**, of whether they intend to file a reply in support of their motion to dismiss. (Dkt. No. 555.) If not, the motion will be deemed submitted.

**IT IS SO ORDERED.**

Dated: March 31, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**