UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANGIOSCORE, INC.**,

Plaintiff,

v.

**TRIREME MEDICAL, INC., ET AL.**,

Defendants.

Case No. 12-cv-03393-YGR

**ORDER ON PLAINTIFF'S FIRST MOTION IN LIMINE**

The Court, having reviewed the arguments of the parties with respect to Plaintiff AngioScore's first motion in limine relating to whether testimony of Randal Farwell should be precluded at trial, hereby **GRANTS IN PART** and **DENIES IN PART** the motion. (Dkt. No. 593.) Mr. Farwell is precluded from testifying on topics as to which defendants' 30(b)(6) witness was deposed. With this in mind, defendants shall have until **midnight** on **April 15, 2015** to file a list of proposed topics on which Mr. Farwell may testify so that the Court may consider any arguments in opposition to specific subjects.

This order terminates Docket Number 593.

**IT IS SO ORDERED.**

Dated: April 14, 2015

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**