James C. Otteson, State Bar No. 157781
james.otteson@aporter.com
David A. Caine, State Bar No. 218074
david.caine@aporter.com
Thomas T. Carmack, State Bar No. 229324
tom.carmack@aporter.com
Michael D.K. Nguyen, State Bar No. 264813
michael.nguyen@aporter.com
Arnold & Porter LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216

Attorneys for Defendants
TRIREME MEDICAL, LLC,
EITAN KONSTANTINO,
QUATTRO VASCULAR PTE LTD.,
and QT VASCULAR LTD.

Robert P. Feldman (State Bar No. 69602)
*bobfeldman@quinnemanuel.com*
Diane M. Doolittle (State Bar No. 142046)
*dianedoolittle@quinnemanuel.com*
QUINN EMANUEL
URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Peter J. Armenio (*Admitted Pro Hac Vice*)
*peterarmenio@quinnemanuel.com*
QUINN EMANUEL
URQUHART & SULLIVAN LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiff
ANGIOSCORE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.),<br><br>Defendants. | Case No.: 4:12-cv-03393-YGR<br><br>[~~PROPOSED~~] ORDER RE JOINT STATEMENT [DKT. NO. 640] **AS MODIFIED BY THE COURT**<br><br>Trial Date: September 14, 2015<br><br>Hon. Yvonne Gonzalez Rogers |

Having reviewed the Parties' Joint Statement, it is hereby ORDERED that:

**1. Claim Construction Briefs**

Opening claim construction briefs are due on June 18, 2015 and shall be no longer than 12 pages.  Responsive claim construction briefs are due on July 2, 2015 and shall be no longer than 6 pages.

**2. Hearing on Claim Construction**

Any hearing on remaining claim construction disputes shall take place:

☐ ~~During the week of July 13, 2015 (Defendants' Proposal).~~

☐ ~~At the pre-trial conference (Plaintiff's Proposal).~~

On **July 22, 2015** at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: May 14, 2015

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge