# APPENDIX A:
# KEY TO OBJECTIONS

| Abbreviation | Objection |
|---|---|
| 3.e | Beyond the scope of YGR Pretrial Rule 3.e |
| 33d | Only identifies documents pursuant to FRCP 33d; presentation would be confusing to the jury |
| 608 | Improper character/conduct evidence |
| 701 | Improper opinion testimony by lay witness |
| A | Assuming facts not in evidence |
| AMB | Ambiguous |
| BE | Violates best evidence rule (1002) |
| BSER | Beyond the scope of the expert report |
| F | Lacks foundation/personal knowledge (602) |
| H | Hearsay (801 et seq.) |
| IEO | Improper expert opinion (702/703) |
| L | Leading |
| LC | Calls for a legal conclusion |
| MIL | Subject to motion *in limine* |
| MISDE | Mischaracterizes the document or evidence |
| NAR | Calls for a narrative response |
| NNFF | Not necessary for fairness or completeness under FRCP 32(a) or FRE 106 |
| NR | Counter-designated testimony is non-responsive |
| P | Prejudice, confusion, waste of time, misleading (403) |
| R | Relevance (401/402) |
| RCP32 | Violates Rule of Civil Procedure 32 |
| SPEC | Calls for speculation |
| V | Vague |

**APPENDIX B:**
**EXCERPTS OF DISPUTED DESIGNATIONS**

| **Exhibit 1** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Gary Binyamin (7/30/2013) |
|---|---|
| **Exhibit 2** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Gary Binyamin (11/25/2013) |
| **Exhibit 3** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of John Borrell (01/15/2014) |
| **Exhibit 4** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of John Borrell (9/19/2014) |
| **Exhibit 5** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Momi Brosh (11/19/2014) |
| **Exhibit 6** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Momi Brosh (11/20/2014) |
| **Exhibit 7** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Tina Cheng (1/23/2014) |
| **Exhibit 8** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Tina Cheng (11/12/2014 Deposition) |
| **Exhibit 9** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Steven Dreaden (11/4/2014) |
| **Exhibit 10** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Robert Farnan (9/10/2013) |
| **Exhibit 11** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Tanhum Feld (3/25/2014) |
| **Exhibit 12** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Tanhum Feld (11/14/2014) |
| **Exhibit 13** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Christopher Haig (11/7/2014) |
| **Exhibit 14** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Trial Testimony of Christopher Haig (4/14/2015) |
| **Exhibit 15** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Eitan Konstantino (12/17/2013) |
| **Exhibit 16** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Eitan Konstantino (11/6/2014) |
| **Exhibit 17** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Trial Testimony of Eitan Konstantino (4/13/2015) |
| **Exhibit 18** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Trial Testimony of Eitan Konstantino (4/21/2015) |
| **Exhibit 19** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Jimmy Nguyen (10/29/2014) |
| **Exhibit 20** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of GimMoey Ong (11/25/2014) |
| **Exhibit 21** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Maria Pizarro (1/17/2014) |
| **Exhibit 22** | Disputed Excerpts from AngioScore's Designations and Defendants' Counters of the Deposition of Maria Pizarro (11/14/2014) |

| **Exhibit 23** | Disputed Excerpts from AngioScore's Designations from the Trial Testimony of Maria Pizarro (4/20/2015) |
|---|---|
| **Exhibit 24** | Disputed Excerpts from AngioScore's Designations from Konstantino's Interrogatory Responses |
| **Exhibit 25** | Disputed Excerpts from AngioScore's Designations from TriReme's Interrogatory Responses |
| **Exhibit 26** | Disputed Excerpts from AngioScore's Designations from Quattro's Interrogatory Responses |
| **Exhibit 27** | Disputed Excerpts from AngioScore's Designations from QT Vascular's Interrogatory Responses |
| **Exhibit 28** | Disputed Excerpts from AngioScore's Designations to Konstantino & TriReme's Responses to Requests for Admission |
| **Exhibit 29** | Disputed Excerpts from AngioScore's Designations to Quattro & QT Vascular's Responses to Requests for Admission |
| **Exhibit 30** | Disputed Excerpts from AngioScore's Designations to Defendants' Responses to Requests for Admission |
| **Exhibit 31** | Disputed Excerpts from Defendants' Designations and AngioScore's Counters of the Deposition of Robert Farnan (9/10/2013) |
| **Exhibit 32** | Disputed Excerpts from Defendants' Designations and AngioScore's Counters of the Deposition of Jim Andrews (9/25/2014) |
| **Exhibit 33** | Disputed Excerpts from Defendants' Designations and AngioScore's Counters of the Deposition of Curtis Martell (12/17/2013) |
| **Exhibit 34** | Disputed Excerpts from Defendants' Designations and AngioScore's Counters of the Deposition of Tom Trotter Vol. 1 (1/7/2014) |
| **Exhibit 35** | Disputed Excerpts from Defendants' Designations and AngioScore's Counters of the Deposition of Tom Trotter Vol. 2 (8/28/2014) |
| **Exhibit 36** | Disputed Excerpts from Defendants' Designations and AngioScore's Counters of the Deposition of Tom Trotter Vol. 3 (1/9/2015) |
| **Exhibit 37** | Disputed Excerpts from AngioScore's Counter Designations to the Trial Testimony of Tom Trotter (4/15/2015) |