# **EXHIBIT 37**

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
```

**CERTIFIED COPY**

```
BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE

ANGIOSCORE, INC.,              )     COURT TRIAL
                               )
        PLAINTIFF,             )     VOLUME 3
                               )
  VS.                          )     NO. C 12-03393 YGR
                               )
TRIREME MEDICAL, INC.,         )
EITAN KONSTANTINO AND          )     PAGES 468 - 670
QUATTRO VASCULAR PTE. LTD.     )
                               )
        DEFENDANT.             )     OAKLAND, CALIFORNIA
_____)     WEDNESDAY, APRIL 15, 2015



                  REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFF:           QUINN, EMANUEL, URQUHART & SULLIVAN
                         55 TWIN DOLPHIN DRIVE, SUITE 560
                         REDWOOD SHORES, CALIFORNIA  94065
                   BY:   SKY ADAMS,
                         MARGARET CARUSO,
                         DIANE M. DOOLITTLE,
                         LAURA FAIRNENY,
                         ROBERT P. FELDMAN,
                         KIMBALL D. PARKER,
                         CATE SAAD,
                         MARGARET H.S. SHYR,
                         NATHAN SUN, ATTORNEYS AT LAW



                 (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:        RAYNEE H. MERCADO, CSR NO. 8258

   PROCEEDINGS REPORTED BY ELECTRONIC RECORDING DEVICE;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
```

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

1    BEEN ON OUR BOARD FOR THE LAST SEVERAL YEARS AND KNEW ALL OF

2    OUR STRATEGIES, PRICING PLANS, CUSTOMERS, ET CETERA.

3    **Q.**   DID HE CHARACTERIZE IT AS A POBA?

4    **A.**   HE DID.

5    **Q.**   DID HE ASK IF ANGIOSCORE WAS INTERESTED IN DISTRIBUTING

6    IT?

7    **A.**   YES.

8    **Q.**   WHAT WAS YOUR RESPONSE TO THAT?

9    **A.**   I TOLD HIM WE DID NOT HAVE AN INTEREST IN DISTRIBUTING THE

10   PRODUCT.

11   **Q.**   NOW, IT SOUNDS LIKE -- DID YOU CONSIDER POBA'S TO BE

12   COMPETITIVE WITH ANGIOSCULPT?

13   **A.**   I CONSIDER ALL ANGIOPLASTY CATHETERS TO BE COMPETITIVE

14   WITH ANGIOSCULPT, BOTH POBA CATHETERS AND OTHER CATHETERS.

15   SO, YES.

16   **Q.**   DO YOU CONSIDER THEM ALL TO BE HAVING THE SAME DEGREE OF

17   COMPETITIVENESS?

18   **A.**   NO.

19   **Q.**   AND EXPLAIN THAT TO US, IF YOU WOULD.

20   **A.**   WELL, IN THE BROADEST SENSE, WE COMPETED WITH PLAIN OLD

21   BALLOON ANGIOPLASTY AS WELL AS SPECIALTY BALLOON CATHETERS AS

22   WELL AS ATHERECTOMY DEVICES.   BUT OUR PRIMARY AREA OF FOCUS

23   WAS SPECIALTY BALLOON CATHETERS.

24   **Q.**   IN THE AREA OF SPECIALTY BALLOON CATHETERS -- OKAY.  I'LL

25   WITHDRAW THAT.

```
 1  A.  ONE OF OUR SALES REPS, MIKE MAIER, AT THE WASHINGTON --
 2  WAS CALLING ON THE WASHINGTON HOSPITAL CENTER AND HAD
 3  UNDERSTOOD FROM THE TECHS THERE THAT A PRESENTATION HAD BEEN
 4  MADE TO DR. NELSON BERNARDO ON A NEW DEVICE CALLED THE
 5  CHOCOLATE BALLOON.
 6  Q.  WHEN DID YOU FIRST LEARN THAT MR. KONSTANTINO HAD STARTED
 7  WORKING ON CHOCOLATE WHILE STILL ON ANGIOSCORE'S BOARD?
 8  A.  I DID NOT LEARN THAT INFORMATION UNTIL LAST YEAR IN THE
 9  SPRING OF 2013 WHEN WE HAD --
10  Q.  HOLD ON.  WHAT YEAR ARE WE IN?
11  A.  I'M SORRY.  2014.
12  Q.  YOU SAID --
13  A.  I MISSPOKE.
14  Q.  I'M SORRY.  AND I INTERRUPTED YOU.  PLEASE PROCEED.
15  A.  I'M SORRY.
16      IT WAS IN THE SPRING OF 2014.  IT WAS IN MARCH/APRIL TIME
17  FRAME.  WE HAD GOTTEN THE INFORMATION CONFIRMED, WHEN THEY HAD
18  BEGUN THE PRODUCT, IN THE DEPOSITION OF TANHUM FELD.
19  Q.  NOW, IS CHOCOLATE A POBA?
20  A.  CHOCOLATE PERFORMS LIKE A POBA CATHETER.  AT LEAST WE
21  BELIEVED THAT AT THE TIME WHEN WE FIRST SAW THE PRODUCT AND
22  FOR A PERIOD OF TIME AFTER, BECAUSE THERE WAS NO PUBLISHED
23  CLINICAL DATA IN ANY PEER-REVIEWED JOURNAL ANYWHERE IN THE
24  WORLD THAT SAID WHAT IT COULD REALLY DO.
25  Q.  IS THE CHOCOLATE DEVICE A POBA?
```

1   **A.**  I BELIEVE THAT IT'S A SCORING BALLOON CATHETER.

2   **Q.**  IS IT A SPECIALTY BALLOON?

3   **A.**  YES.

4   **Q.**  I WANT TO TURN TO ANOTHER SUBJECT, AND THAT IS SOME

5   QUESTIONS -- SOME DISCUSSION AMONGST THE BOARD AND SOME

6   QUESTIONS POSED TO THE BOARD BY SOMEONE BY THE NAME OF SARAH

7   LUGARIC.  THIS IS IN DECEMBER OF 2009.

8   **A.**  YES.

9   **Q.**  WHAT WAS THE CONTEXT OF HER INVOLVEMENT WITH THE COMPANY?

10  **A.**  SHE HAD BEEN INVITED IN AS A CONSULTANT TO FACILITATE A

11  CONVERSATION WITH THE BOARD AND THE SENIOR MANAGEMENT TEAM ON

12  STRATEGIC OPTIONS FOR THE FUTURE OF ANGIOSCORE.

13  **Q.**  WAS THERE ANY CONCRETE BUSINESS OPPORTUNITY THAT WAS ON

14  THE TABLE AT THE TIME?

15  **A.**  NO.

16  **Q.**  NOW, WERE YOU -- YOU WERE ASKED THE QUESTION WHETHER YOU

17  SUPPORT ACQUIRING ANOTHER COMPANY, TECHNOLOGY, OR PRODUCT

18  LINE?

19  **A.**  YES.

20  **Q.**  HOW DID YOU INTERPRET THAT QUESTION?

21  **A.**  WELL, I VIEWED THAT QUESTION AS BEING A NEW PRODUCT,

22  TECHNOLOGY, OR SERVICE FOR SOMETHING OUT OF THE AREA OF

23  BALLOON ANGIOPLASTY, OUR PRIMARY FOCUS OF BUSINESS, SOMETHING

24  NEW LIKE A BIFURCATION STENT WHICH TRIREME WAS DEVELOPING, OR

25  A TRIPLE A DEVICE, SOMETHING OTHER THAN ANGIOPLASTY PRODUCTS.