UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIOSCORE, INC.**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**TRIREME MEDICAL, INC., ET AL.**,<br><br>　　　　Defendants. | Case No.  12-cv-03393-YGR<br><br>**PRE-TRIAL ORDER NO. 2 (PATENT CLAIMS) RE: MOTIONS *IN LIMINE***<br><br>Re: Dkt. Nos. 680, 685, 686 |

The court has done an initial review of the parties' pending motions *in limine*.

With respect to defendants' motions number four (Dkt. No. 685), five (Dkt. No. 686), and six (Dkt. No. 680), plaintiff appears to concede and/or agree that at least some of the testimony at issue will not be proffered at trial. These portions of the motions should be resolved by stipulation.

Accordingly, and in that regard, (i) the parties shall meet and confer to enter into stipulations with respect to the motions referenced herein and (ii) defendants shall withdraw the relevant portions of the motions. Such stipulations and notice of withdrawal shall be filed with the Court by **Tuesday, August 18, 2015**, in advance of the pretrial conference.

In addition, as to the remaining portions of the motions, defendants shall file a supplemental statement identifying, by paragraph number, the specific portions of the expert testimony—*as reflected in the paragraphs of the expert reports*—that they seek to exclude. Obviously, if the motion argues that testimony is beyond the scope of the report, no such paragraphs can be identified. The supplemental statement shall also identify the location of each expert report on the docket. Defendants shall also provide the Court with an updated proposed form of order. These filings shall be made no later than **8:00 a.m. on Wednesday, August 19, 2015**.

**IT IS SO ORDERED.**

Dated: August 17, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**