UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGIOSCORE, INC.**, <br> Plaintiff, <br> v. <br> **TRIREME MEDICAL, INC., ET AL.**, <br> Defendants. | Case No. 12-cv-03393-YGR <br><br> **PRE-TRIAL ORDER NO. 3 (PATENT CLAIMS) RE: DISCOVERY EXCERPTS** <br><br> Re: Dkt. Nos. 719, 721 |

The parties have provided the Court with a 44-page, single-spaced proposed order to resolve disputes regarding discovery excerpts for trial. (Dkt. No. 721.) The Court finds the parties have failed to meet and confer adequately. The parties shall each be prepared to have someone with authority to resolve these disputes remain in the courthouse, all day if necessary, following the August 21, 2015 pretrial conference. The Court is willing to address representative samples of disputes to provide guidance.

**IT IS SO ORDERED.**

Dated: August 19, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**