United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGIOSCORE, INC.,

          Plaintiff,

    v.

TRIREME MEDICAL, INC., ET AL.,

       Defendants.

Case No.  12-cv-03393-YGR

PRE-TRIAL ORDER NO. 7 (PATENT CLAIMS)
RE: DISCOVERY DESIGNATIONS

At the September 9, 2015 pre-trial conference, the Court took under submission defendants' Federal Rules of Civil Procedure 402 and 403 objections to plaintiff's designated portions of pages 364-80 of the November 14, 2014 deposition transcript of Maria Pizarro.  (Dkt. No. 721-23.)  The Court has reviewed the relevant materials and considered the arguments of counsel.  The objections are OVERRULED.

    IT IS SO ORDERED.

Dated: September 11, 2015

                                    _____

                                  YVONNE GONZALEZ ROGERS
                                  UNITED STATES DISTRICT COURT JUDGE