UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 12-cv-03393-YGR          **Case Name**:   Angioscore, Inc. v. Trireme Medical, Inc et al.

**Date:** Wednesday, September 9, 2015          **Time**:  8:03am-9:20am; 10:00am-11:40am; 11:51am-12:42pm; 12:59pm-1:12pm

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone          **Court Reporter:**   Diane Skillman

**COUNSEL FOR PLTF**:          **COUNSEL FOR DEFT**:

Plaintiff: Bob Feldman; Laura Fairneny; Claire Hausman; Margaret Shyr; Paul Gardon- Gen. Counsel for Spectranetics Corp.; David Weinberg

Defendants: David Caine; James Otteson, Thomas Carmack; Client Representative Maria Pizarro

**Voir Dire Began 9/9/2015**

**Trial to Begin on Monday, 9/14/15 at 8:30am; Counsel to be present at 8:00am**

Further Trial: _____

**Trial Motions Heard:**          **Disposition**

1. _____          _____
2. _____          _____
3. _____          _____

**Trial Proceedings:**

Case called. Discussion with counsel.

JURY SELECTION HELD.  Jury (8) sworn.

Evidentiary Portion of the case will begin on Monday 9/14/15 at 8:30am; Counsel to be present at 8:00am.

Disposition of Exhibits: