UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## JURY TRIAL MINUTE ORDER

Case No. 12-cv-03393-YGR                    Case Name: Angioscore, Inc. v. Trireme Medical, Inc.

Date: **September 28, 2015**          Time: 8:00am-8:11am; 8:17am-8:34am; 8:35am-9:13am; 9:15-9:36am; 9:40am-11:12am;11:29am-12:30pm; 1:01pm-2:28pm ;

counsel: 2:29m-3:00pm

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone                    **Court Reporter**: Diane Skillman

### COUNSEL FOR PLTF:

Bob Feldman; Laura Fairneny, Claire Hausman, Margaret Shyr; Company Rep.: Jeff Bleam

### COUNSEL FOR DEFT:

David Caine, James, Otteson, Thomas Carmack, Company Representatives: Maria Pizarro ;  Eitan Konstantino

Voir Dire Began/Completed: 9/9/15

Trial Began: 9/14/15          **Further Jury Deliberations**: Tuesday, **9/28/15 at 8:30am**

### TRIAL MOTIONS HEARD:

### TRIAL PROCEEDINGS;

Case called. Discussion with counsel.  Recess. Jury enters.

Plaintiff attorney Fairneny resumes  calls witness Michael Horzewski for direct as Rebuttal witness.

Defendant attorney Otteson cross of witness Horzewski. Plaintiff Feldman plays video deposition excerpt of

Eitan Konstantino. PLAINTIFF RESTS as to Rebuttal case. Court gives Final Instructions to the Jury.

Plaintiff attorney Bob Feldman Closing Statement. Defendant attorney James Otteson Closing Statement.

Plaintiff attorney Laura Fairneny Rebuttal Closing Statement. Court give further Instructions to Jury.

Jury begins to deliberate at 2:28pm.

RECESS for  the day for Jury at 2:35pm.  RECESS for the day for Counsel at 3:00pm

### EXHIBITS ADMITTED IN EVIDENCE:

**PLAINTIFF EXHIBITS**:PX3312 and  3556.

**DEFENDANT EXHIBITS**:DX4000; 5623 and 5623.1 and 5688.