UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANGIOSCORE, INC.**,

    Plaintiff,

    v.

**TRIREME MEDICAL, INC., ET AL.**,

    Defendants.

Case No. 12-cv-03393-YGR

**POST TRIAL ORDER RE: FORM OF JUDGMENT**

The Court is in receipt of the parties' proposed form of judgment. All parties agree that the Court should include an appropriate amount of pre-judgment and post-judgment interest but have failed to include the specific rates. By noon on Friday, October 9, 2015, the parties shall provide the Court with a Joint Statement identifying the interest rate(s) and/or explaining any issues of concern or uncertainty with respect to the same.

**IT IS SO ORDERED.**

Dated: October 6, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**