UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC., | Case No. 4:12-CV-3393-YGR |
| Plaintiff, | [PROPOSED] **JUDGMENT** |
| v. | **\*AS MODIFIED BY THE COURT\*** |
| TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.), | Trial Date(s):  April 13, 2015<br>September 14, 2015<br><br>Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

Trial without a jury on the Third Cause of Action for Breach of Fiduciary Duty Under Delaware Law, the Fourth Cause of Action for Aiding and Abetting a Breach of Fiduciary Duty, and the Fifth Cause of Action for Unfair Competition Under California Business and Professions Code § 17200 alleged in the Fourth Amended Complaint (Dkt. No. 244) commenced in this matter on April 13, 2015 and concluded on April 21, 2015.  The Court entered its Findings of Fact and Conclusions of Law on July 1, 2015 (Dkt. No. 665), finding in Plaintiff AngioScore, Inc.'s favor on the Third, Fourth, and Fifth Causes of Action of the Fourth Amended Complaint.  On March 3, 2015, the Court granted Plaintiff AngioScore, Inc.'s unopposed oral motion to voluntarily dismiss the Second Cause of Action of the Fourth Amended Complaint.

A jury trial on the First Cause of Action alleging Patent Infringement in the Fourth Amended Complaint (Dkt. No. 244) commenced in this matter on September 9, 2015, with jury selection, and on September 14, 2015, with opening statements and evidence.  The jury entered its verdict in Defendants' favor on the First Cause of Action of the Fourth Amended Complaint on September 29, 2015, and the verdict form was duly recorded (Dkt. No. 790).

Based on the jury's verdict (Dkt. No. 790), JUDGMENT is hereby ENTERED in favor of Defendants Eitan Konstantino, TriReme Medical, LLC, Quattro Vascular Pte Ltd., and QT Vascular Ltd. on the First Cause of Action in the Fourth Amended Complaint.  Based on the Court's Findings of Fact and Conclusions of Law (Dkt. No. 665), JUDGMENT is hereby ENTERED in favor of Plaintiff AngioScore, Inc. on the Third, Fourth, and Fifth Causes of Action in the Fourth Amended Complaint.

It is further ORDERED that:

(1)  AngioScore's First Cause of Action is DISMISSED WITH PREJUDICE with respect to claims 4, 5, 6 and 7 of United States Patent No. 7,691,119 (the "'119 patent").

(2)  Based on the jury's verdict, Claims 1, 2, 3, 8 and 9 of the '119 patent are not infringed by the accused Chocolate PTA Balloon Catheter products and are invalid.  Accordingly, Plaintiff AngioScore, Inc. is to recover nothing with respect to the First Cause of Action in the Fourth Amended Complaint.

(3)  Plaintiff AngioScore, Inc. recovers from Defendants Eitan Konstantino, TriReme Medical, LLC, Quattro Vascular Pte Ltd., and QT Vascular Ltd. the amount of $2.97 million in past lost profits and $17.064 million in future lost profits, for a total of $20.034 million, plus pre-judgment interest in the amount of $333,277 calculated by applying the legal rate of interest set forth in 6 Del. C. § 2301(a) compounded monthly to the $2.97 million in past lost profits, plus post-judgment interest at the rate of 0.31% per annum as set forth at 28 U.S.C. § 1961.

(4)  Plaintiff AngioScore, Inc. further recovers from Defendant Eitan Konstantino the $250,000 he received pursuant to his Intellectual Property Assignment with Quattro Vascular Pte. Ltd. dated June 1, 2010, the 2.85% royalty on past and future Chocolate sales as set forth in his Intellectual Property Assignment with Quattro Vascular Pte. Ltd. dated June 1, 2010, his shares in QT Vascular stock, his QT Vascular stock options, any and all monies he has collected from sales of QT Vascular stock, any and all monies he has received relative to his royalty share, and any and all monies he has made in connection with his monthly consulting retainer relative to Chocolate, plus pre-judgment interest in the amount of $121,992 calculated by applying the legal rate of interest set forth in 6 Del. C. § 2301(a) compounded monthly to the amounts Defendant Eitan Konstantino received pursuant to his Intellectual Property Assignment with Quattro Vascular Pte. Ltd. through June 30, 2014, plus post-judgment interest at the rate of 0.31% per annum.

(5)  Plaintiff AngioScore, Inc. has prevailed in establishing that Defendant Eitan Konstantino breached his fiduciary duties to Plaintiff AngioScore, Inc., that Defendants TriReme Medical, LLC and Quattro Vascular Pte Ltd. aided and abetted that breach, and that Defendant QT Vascular Ltd. is liable for the acts of Defendants TriReme Medical, LLC and Quattro Vascular Pte Ltd.  As the prevailing party on the Third, Fourth, and Fifth causes of action, Plaintiff AngioScore, Inc. is awarded its costs in an amount to be determined in accordance with the procedures set forth in Northern District of California Local Rule 54 to the extent that it can show the costs are related to those causes of action.  Defendants QT Vascular Ltd., Eitan Konstantino, TriReme Medical, LLC, and Quattro Vascular Pte Ltd., have prevailed with respect to the First Cause of Action for Patent Infringement.  As such, the Defendants are awarded costs in an amount to be determined in

1    accordance with the procedures set forth in Northern District of California Local Rule 54 to the
2    extent that they can show the costs are related to that cause of action.

3        **IT IS SO ORDERED.**

4    Dated: October 14, 2015

5                                                Hon. Yvonne Gonzalez Rogers
                                                 United States District Judge