1   DAVID S. STEUER, State Bar No. 127059
    dsteuer@wsgr.com
2   STEVEN D. GUGGENHEIM, State Bar No. 201386
    guggenheim@wsgr.com
3   DYLAN J. LIDDIARD, State Bar No. 203055
    dliddiard@wsgr.com
4   THOMAS J. MARTIN, State Bar No. 150039
    tmartin@wsgr.com
5   BRIAN DANITZ, State Bar No. 247403
    bdanitz@wsgr.com
6
7   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
8   650 Page Mill Road
    Palo Alto, CA 94304-1050
9   Telephone: (650) 493-9300
    Facsimile: (650) 565-5100
10
    Attorneys for Defendants
11  EITAN KONSTANTINO, TRIREME
    MEDICAL, LLC, QUATTRO VASCULAR
    PTE LTD. and QT VASCULAR LTD.
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ANGIOSCORE, INC., | ) | CASE NO.: 4:12-cv-3393-YGR |
| Plaintiff, | ) | **NOTICE OF WITHDRAWAL OF** |
| | ) | **COUNSEL;** [PROPOSED] **ORDER** |
| v. | ) | **PERMITTING WITHDRAWAL** |
| | ) | |
| TRIREME MEDICAL, LLC (f/k/a TRIREME | ) | |
| MEDICAL, INC.), EITAN KONSTANTINO, | ) | **Hon. Yvonne Gonzalez Rogers** |
| QUATTRO VASCULAR PTE LTD. and QT | ) | |
| VASCULAR LTD. (f/k/a QT VASCULAR PTD. | ) | |
| LTD.), | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 11-5, notice is hereby given that the following attorneys with the law firm Wilson Sonsini Goodrich and Rosati, PC are withdrawing as counsel of record for Defendant Eitan Konstantino: Anne S. Aufhauser, Brian Danitz, Catherine S. Grealis, Steven D. Guggenheim, Joy G. Kim, Charlene Koski, Dylan J. Liddiard, Edmundo C. Marquez, Thomas J. Martin, Jasmine M. Owens, David S. Steuer, Cali D. Tran, Daniel W. Turbow and Rebecca E. Wolitz.  Glaser Weil Fink Howard Avchen & Shapiro LLP and Arnold & Porter LLP will continue to represent Dr. Konstantino in this matter.

Respectfully submitted,

Dated:  October 6, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Dylan J. Liddiard
DYLAN J. LIDDIARD

Attorneys for Defendants

IT IS SO ORDERED.

Dated:  October 21, 2015

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE