NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ANGIOSCORE, INC.,**
*Plaintiff-Appellee*

v.

**TRIREME MEDICAL, LLC,**
*Defendant-Appellant*

**EITAN KONSTANTINO,**
*Defendant*

**QUATTRO VASCULAR PTE LTD., QT VASCULAR LTD.,**
*Defendants-Appellants*

_____

2016-1126

_____

Appeal from the United States District Court for the Northern District of California in No. 4:12-cv-03393-YGR, Judge Yvonne Gonzalez Rogers.

_____

**ON MOTION**

_____

Before DYK, *Circuit Judge*.

**O R D E R**

TriReme Medical, LLC, Quattro Vascular PTE Ltd., and QT Vascular Ltd. (collectively, "Corporate Defendants") submit a motion for a stay of enforcement of the district court's judgment, pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

We treat the motion as the Corporate Defendants' notice of appeal, pursuant to Fed. R. App. P. 3(c)(1). AngioScore, Inc. is directed to respond to the motion no later than noon on November 2, 2015. Any reply from the Corporate Defendants is due within two days of the filing of the response. Enforcement of the judgment is temporarily stayed, pending this court's consideration of the motion.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8