Robert P. Feldman (State Bar No. 69602)
*bobfeldman@quinnemanuel.com*
Diane M. Doolittle (State Bar No. 142046)
*dianedoolittle@quinnemanuel.com*
Margret M. Caruso (State Bar No. 243473)
*margretcaruso@quinnemanuel.com*
QUINN EMANUEL
URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Peter J. Armenio (*Admitted Pro Hac Vice*)
*peterarmenio@quinnemanuel.com*
Laura L. Fairneny (*Admitted Pro Hac Vice*)
*laurafairneny@quinnemanuel.com*
QUINN EMANUEL
URQUHART & SULLIVAN LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiff
ANGIOSCORE, INC.

DAVID S. STEUER, State Bar No. 127059
dsteuer@wsgr.com
STEVEN D. GUGGENHEIM, State Bar No. 201386
sguggenheim@wsgr.com
DYLAN J. LIDDIARD, State Bar No. 203055
dliddiard@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendants
TRIREME MEDICAL, LLC,
QUATTRO VASCULAR PTE LTD. and
QT VASCULAR LTD.

ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
RICHARD W. BUCKNER - State Bar No. 102545
rbuckner@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendant
EITAN KONSTANTINO

[CONTINUED ON NEXT PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ANGIOSCORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.), <br><br> Defendants. | CASE NO.:  4:12-CV-3393-YGR <br><br> **[PROPOSED] AMENDED JUDGMENT** |

JAMES C. OTTESON, STATE BAR NO. 157781
James.Otteson@aporter.com
DAVID A. CAINE, STATE BAR NO. 218074
David.Caine@aporter.com
THOMAS T. CARMACK, STATE BAR NO. 229324
Tom.Carmack@aporter.com
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone: (650) 798-2920
Facsimile: (650) 798-2999

Attorneys for Defendants
TRIREME MEDICAL, LLC,
QUATTRO VASCULAR PTE LTD.,
QT VASCULAR LTD. and EITAN KONSTANTINO

Trial without a jury on the Third Cause of Action for Breach of Fiduciary Duty Under Delaware Law, the Fourth Cause of Action for Aiding and Abetting a Breach of Fiduciary Duty, and the Fifth Cause of Action for Unfair Competition Under California Business and Professions Code § 17200 alleged in the Fourth Amended Complaint (Dkt. No. 244) commenced in this matter on April 13, 2015 and concluded on April 21, 2015.  The Court entered its Findings of Fact and Conclusions of Law on July 1, 2015 (Dkt. No. 665).  On March 3, 2015, the Court granted Plaintiff AngioScore, Inc.'s unopposed oral motion to voluntarily dismiss the Second Cause of Action of the Fourth Amended Complaint (Dkt. No. 244).

A jury trial on the First Cause of Action alleging Patent Infringement in the Fourth Amended Complaint commenced in this matter on September 9, 2015, with jury selection, and on September 14, 2015, with opening statements and evidence.  The jury rendered its verdict on September 29, 2015, and the verdict form was duly recorded (Dkt. No. 790).

On November 8, 2016, the United States Court of Appeals for the Federal Circuit issued an Opinion (Dkt. No. 848) and Judgment (Dkt. No. 849), vacating-in-part this Court's October 14, 2015 Judgment and remanding with instructions to dismiss the state law claims in this case for lack of jurisdiction.  The Mandate of the United States Court of Appeals for the Federal Circuit issued on November 17, 2016.

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment is ENTERED in favor of Defendants Eitan Konstantino, TriReme Medical, LLC, Quattro Vascular Pte Ltd., and QT Vascular Ltd. on the First Cause of Action in the Fourth Amended Complaint.  Claims 1, 2, 3, 8 and 9 of United States Patent No. 7,691,119 ("the '119 patent") are not infringed by the accused Chocolate PTA Balloon Catheter products and are invalid. Accordingly, Plaintiff AngioScore, Inc. is to recover nothing with respect to the First Cause of Action in the Fourth Amended Complaint

2. AngioScore's First Cause of Action is DISMISSED WITH PREJUDICE with respect to claims 4, 5, 6 and 7 of the '119 patent.

3. AngioScore's Second Cause of Action is DISMISSED WITHOUT PREJUDICE.

1 | 4. AngioScore's Third, Fourth, and Fifth Causes of Action are DISMISSED WITHOUT
2 | PREJUDICE.
3 | 5. [*AngioScore proposes*:  No costs are awarded in view of the parties' agreement not to
4 | seek costs in this matter.]
5 | [*Defendants propose*:  The Court need not address an award of costs in the judgment
6 | since Defendants have not yet submitted their bill of costs.  Nevertheless, if the Court
7 | does address the issue:  Defendants are entitled to costs under 28 U.S.C. §§ 1919 &
8 | 1920.]

Date:  ___February 3___, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge