Robert P. Feldman (State Bar No. 69602)
*bobfeldman@quinnemanuel.com*
QUINN EMANUEL
URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Patrick C. Doolittle (SB No. 203659)
*patrickdoolittle@quinnemanuel.com*
QUINN EMANUEL
URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff
ANGIOSCORE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANGIOSCORE, INC., | Case No. 4:12-CV-3393-YGR |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: DEADLINE TO FILE OBJECTIONS TO DEFENDANTS' BILL OF COSTS** |
| v. | |
| TRIREME MEDICAL, LLC (f/k/a TRIREME MEDICAL, INC.), EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., and QT VASCULAR LTD. (f/k/a QT VASCULAR PTE. LTD.), | Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

1    Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Civil L.R. 54, Plaintiff

2  AngioScore, Inc. (hereinafter "Plaintiff" or "AngioScore") and Defendants TriReme Medical,

3  LLC, Eitan Konstantino, Quattro Vascular Pte Ltd., and QT Vascular Ltd (hereinafter collectively

4  the "Defendants"), by and through their respective counsel, herby stipulate as follows regarding

5  the time for Plaintiff to file and serve its Objections to an Amended Bill of Costs.

6    WHEREAS Defendants' Bill of Costs was filed on February 17, 2017;

7    WHEREAS Plaintiff's Objections to Defendants' Bill of Costs were due on March 3, 2017

8  pursuant to Civil Local Rule 54;

9    WHEREAS Defendants informed Plaintiff on March 2, 2017, that they intended to file an

10  Amended Bill of Costs;

11    WHEREAS Defendants filed an Amended Bill of Costs on March 2, 2017;

12    NOW, THEREFORE, the Parties agree that the original Bill of Costs filed on February 17,

13  2017, is superseded by the Amended Bill of Costs filed on March 2, 2017, and the new date for

14  AngioScore to file its Objections is two weeks from the date Defendants file their Amended Bill

15  of Costs, namely March 16, 2017.

16    IT IS SO STIPULATED.

17

18  Dated:  March 3, 2017

19    /s/ Patrick C. Doolittle
      Robert P. Feldman (SB No. 69602)
20    Patrick C. Doolittle (SB No. 203659)
      *Attorneys for Plaintiff AngioScore*
21    QUINN EMANUEL URQUHART &
      SULLIVAN, LLP

22  Dated:  March 3, 2017

23    /s/ Thomas T. Carmack
      David A. Caine (SB No. 218074)
24    Thomas T. Carmack (SB No. 229324)
      Michael D.K. Nguyen (SB No. 264813)
25    *Attorneys for Defendants TriReme Medical,*
      *LLC, Eitan Konstantino, Quattro Vascular Pte*
26    *Ltd., and QT Vascular Ltd*
      ARNOLD & PORTER KAY SCHOLER LLP
27

28

-1-    Case No. 4:12-CV-3393-YGR

**STIPULATION AND [PROPOSED] ORDER**

1

2

3          PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadline for Plaintiff to file

4    its Objections to Defendants' Bill of Costs will be March 16, 2017 (or two weeks from the date

5    Defendants file their Amended Bill of Costs).

6    Dated:  March ___, 2017

7                                                                   _____

8                                                                   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:12-CV-3393-YGR
                                                              **STIPULATION AND [PROPOSED] ORDER**

1

## ATTESTATION

2

I, Patrick C. Doolittle, am the ECF User whose ID and password are being used to file this

3

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE TO FILE OBJECTIONS TO

4

DEFENDANTS' BILL OF COSTS. In compliance with General Order 45, X.B., I hereby attest

5

that Counsel for Defendants, has concurred in this filing.

6

7

DATED:  March 3, 2017

8

By   */s/ Patrick C. Doolittle*

9

Patrick C. Doolittle

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:12-CV-3393-YGR

**STIPULATION AND [PROPOSED] ORDER**